# Attachment 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Pierce Division)

**NICOLE PATSALIDES,**               CASE NO: 2:15-cv-14431-DLG

    Plaintiff,

vs.

**CITY OF FORT PIERCE,**

    Defendant.
_____/

### DEFENDANT, CITY OF FORT PIERCE'S AMENDED PRIVILEGE LOG FOR RESPONSE TO PLAINTIFF'S REQUEST TO PRODUCE SERVED MAY 18, 2016

Defendant CITY OF FORT PIERCE, by and through undersigned counsel, states that it has in its possession the following materials which are covered by the attorney-client/work-product privilege:

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| 05/26/15 | Frank Amandro, Acting Chief of Police | Robert Bradshaw, City Manager | Memo ##0946-0955 | Attorney Client Privilege Attorney Work Product Privilege |
| 04/28/15 | Robert Schwerer, City Attorney | Robert Bradshaw, City Manager | Memo ##1002-1004 | Attorney Work Product Privilege |
| 04/01/15 | Frank Amandro, Acting Chief of Police | Robert Schwerer, City Attorney | Memo ##1008-1014 | Attorney Client Privilege Attorney Work Product Privilege |
| 03/16/15 | Frank Amandro, Acting Chief of Police | James Walker, Assistant City Attorney | Memo ##1063-1065 | Attorney Client Privilege Attorney Work Product Privilege |

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| 02/20/15 | Frank Amandro, Acting Chief of Police | Robert Schwerer, City Attorney | Memo #1381 | Attorney Client Privilege Attorney Work Product Privilege |
| 01/15/15 | Frank Amandro, Acting Chief of Police | Robert Bradshaw, City Manager | Memo ##1389-1394 | Attorney Client Privilege Attorney Work Product Privilege |
| 01/15/15 | James Walker, Assistant City Attorney | Frank Amandro, Acting Chief of Police | Memo #1395 | Attorney Client Privilege Attorney Work Product Privilege |
| 11/18/14 | Robert Schwerer, City Attorney | Frank Amandro, Acting Chief of Police | Memo ##1401-1402 | Attorney Client Privilege Attorney Work Product Privilege |
| 10/27/14 | Robert Schwerer, City Attorney | File | Memo #1403 | Attorney Work Product Privilege |
| 09/22/14 | Frank Amandro, Acting Chief of Police | Nicholas Mimms, Acting City Manager | Memo #1414 | Attorney Client Privilege Attorney Work Product Privilege |
| 10/03/14 | Robert Schwerer, City Attorney | Frank Amandro, Acting Chief of Police | Memo #1416 | Attorney Client Privilege Attorney Work Product Privilege |
| 09/22/14 | Frank Amandro, Acting Chief of Police | Nicholas Mimms, Acting City Manager | Memo #1419 | Attorney Client Privilege Attorney Work Product Privilege |
| | | | Nicole Patsalides Hours History Detail with handwritten notes #1341-1343; 1345-1349 | Attorney Client Privilege Attorney Work Product Privilege |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2016, the foregoing was served via electronic mail to Karen Coolman Amlong, Esquire, William R. Amlong, Esquire and Alison L. Churly-Davis, Esquire, kamlong@theamlongfirm.com; wramlong@theamlongfirm.com;

AChurly@TheAmlongFirm.com;   Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Launderdale, FL  33301.

                                              */s/Patricia M. Rego Chapman*  
DOUGLAS T. NOAH, ESQUIRE  
Florida Bar No. 0863970  
GAIL C. BRADFORD, ESQUIRE  
Florida Bar. No. 0295980  
PATRICIA M. REGO CHAPMAN, ESQ.  
Florida Bar No. 085390  
Dean, Ringers, Morgan & Lawton, P.A.  
Post Office Box 2928  
Orlando, Florida 32802-2928  
Tel:  407-422-4310    Fax:  407-648-0233  
DNoah@drml-law.com  
gbradford@drml-law.com  
pchapman@drml-law.com  
Attorneys for Defendant

3