**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Pierce Division)**

NICOLE PATSALIDES,                           CASE NO:  2:15-cv-14431-DLG

     Plaintiff,

vs.

CITY OF FORT PIERCE,

     Defendant.

_____/

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER AND EXTENSION OF**
**TIME TO EXCHANGE REBUTTAL EXPERT INFORMATION**

COMES NOW, Defendant CITY OF FOR PIERCE, by and through undersigned counsel, and pursuant Rule 16(b)(4) of the Federal Rules of Civil Procedure, and hereby files its Unopposed Motion to Modify Scheduling Order and Extension of time to Exchange Rebuttal Expert Information, and as grounds therefore would state as follows:

**I.      Introduction and Relevant Procedural History**

1.      The Plaintiff, Nicole Patsalides filed suit December 16, 2016 [Doc. 1] alleging violations of sex discrimination and retaliation.  Generally, the Plaintiff's alleged claims arose during her employment with the City of Fort Pierce Police Department (*See gen.,* Plaintiff's Complaint [Doc. 1].)  The Plaintiff seeks declaratory judgment, reinstatement, back pay and compensatory damages.  (*Id.*)

2.      This Court entered its Scheduling Order Setting Pretrial Conference and Trial Dates [Doc. 25] on April 18, 2016. The Order places this action in the trial term beginning November 28, 2016, before the Honorable Donald L. Graham. (*Id.* at 1.) In addition, a deadline of August 15, 2016 to exchange rebuttal expert witness information was established. (*Id.* at 19.)

3.     The parties have been diligently preparing this case for trial in accordance with the Court's Scheduling Order. The parties' efforts include:

a.     Conferring on the pleadings in order to crystalize the issues without Court involvement;

b.     Conferring in good-faith to resolve mandatory disclosure and discovery disputes;

c.     Exchanging discovery in the form of Interrogatories and Requests for Production of Documents.

d.     Scheduling the depositions of the Plaintiff and the primary decision-makers;

e.     Reviewing voluminous exhibits and documents relative to Plaintiff's claims and Defendant's affirmative defenses;

f.     Identifying additional fact witnesses, experts and medical providers relevant to Plaintiff's claims, Defendant's affirmative defenses and the relief sought by Plaintiff.

4.     The parties have made substantial progress in preparing this case for trial but, despite diligent efforts, have not been able to conduct all discovery necessary to prepare this case for trial and reasonably anticipate that the discovery which remains to be completed cannot be completed in compliance with the Court's established deadline for the exchange of expert rebuttal summaries.

5.     This case is complicated by the fact that Plaintiff's complaints of discrimination and harassment arise from her employment with the City of Fort Pierce Police Department, which began in April 2013 and continued through October 2014. Plaintiff served the expert opinions of Louise F. Fitzgerald, Ph.D. who opined regarding Plaintiff's condition and

experiences at the Fort Pierce Police Department.

6.      Defendant has not been able to complete the effort of reviewing the voluminous medical records or deposing the Plaintiff's primary treating physicians, Defendant has also been precluded from identifying and determining the experts it will need to retain to rebut Plaintiff's factual allegations and medical providers, if any.

7.      For these reasons, the Defendant moves this Court to modify the Scheduling Order Setting Pretrial Conference and Trial Dates [Doc. 25] and seek an extension of time of approximately until August 29, 2016 in which Defendant shall exchange rebuttal expert witness summaries.

## II.      Legal Argument and Citations of Authority

Pursuant to Rule 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  *See also* <u>Sosa v. Airprint Sys., Inc.</u>, 133 F.3d 1417, 1418 (11th Cir. 1998) ("Such orders 'control the subsequent course of the action unless modified by a subsequent order,' Fed.R.Civ.P. 16(e), and may be modified only "upon a showing of good cause.") (citing to Fed. R. Civ. P. 16)).

Counsel for Defendant affirmatively asserts that its client's interest will be prejudiced if the relief sought herein is not granted. For these reasons, Defendant requests that the Court grant the relief sought within the motion.

## III.      Conclusion

Based on the legal argument and authorities cited herein, the Defendant moves for a modification, on an expedited basis, of this Court's Scheduling Order Setting Pretrial Conference and Trial Dates [Doc. 25], and requests to extend the expert witness rebuttal deadline to August 29, 2016.

<u>Local Rule 7.1(a)(3) Certification</u>

In compliance with the certification requirement of Local Rule 7.1(a)(3), counsel for Defendant's counsel has conferred with opposing counsel in a good faith effort to resolve the issue presented in this motion.  Opposing counsel does not object, provided that plaintiff is granted additional time to depose defendant's rebuttal expert; defendant agrees to that condition.

**WHEREFORE**, Defendant CITY OF FORT PIERCE respectfully requests that this Court enter an Order granting Unopposed Motion to Modify Scheduling Order and Extension of time to Exchange Rebuttal Expert Information and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that on August 12, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Karen Coolman Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast 4th Street 2nd Floor, Ft. Lauderdale, FL  33301; William R. Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street Second Floor, Ft. Lauderdale, FL  33301-1154; Alison L. Churly-Davis, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Launderdale, FL 33301.

*/s/Douglas T. Noah*
DOUGLAS T. NOAH, ESQ.
Florida Bar No. 0863970
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
GLORIA A. CARR, ESQ.
Florida Bar No. 561169
PATRICIA M. REGO CHAPMAN, ESQ.
Florida Bar No. 085309
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:  407-422-4310   Fax:  407-648-0233
DNoah@drml-law.com
GBradford@drml-law.com
GCarr@drml-law.com
PChapman@drml-law.com
Attorneys for Defendant