UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.  15-14431-CIV-GRAHAM/LYNCH

NICOLE PATSALIDES,

      Plaintiff,

vs.

CITY OF FORT PIERCE,

      Defendant.

_____/

### ORDER ON DEFENDANT, CITY OF FORT PIERCE'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER AND EXTENSION OF DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF HAVING COMPULSORY PSYCHIATRIC EVALUATION OF PLAINTIFF DONE BY DEFENDANT'S REBUTTAL EXPERT AND TO TAKE THE DEPOSITION OF DEFENDANT'S REBUTTAL EXPERT DR. DANZINGER

BEFORE THE COURT for consideration is Defendant's Unopposed Motion to Modify Scheduling Order and Extension of Discovery Deadline for the Limited Purpose of Having Compulsory Psychiatric Evaluation of Plaintiff Done by Defendant's Rebuttal Expert and to Take the Deposition of Defendant's Rebuttal Expert Dr. Danzinger filed with this Court on August 29, 2016. Upon consideration, it is ORDERED that:

1.     Defendant's Unopposed Motion to Modify Scheduling Order and Extension of Discovery Deadline for the Limited Purpose of Having Compulsory Psychiatric Evaluation of Plaintiff Done by Defendant's Rebuttal Expert and to Take the Deposition of Defendant's Rebuttal Expert Dr. Danzinger is GRANTED.

**DONE AND ORDERED** in Miami, Dade County, Florida this _____ day of August 2016.

_____
DONALD L. GRAHAM