```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       (Fort Pierce Division)

                    Case No. 2:15-cv-14431-DLG
```

NICOLE PATSALIDES,
                                      Deadline to file pretrial motions: 9/23/16
       Plaintiff,                Pretrial Conference: 10/26/16
vs.                                  Calendar Call: 11/23/16
                                      Trial Period: 2-week trial calendar beginning 11/28/16
CITY OF FORT PIERCE,        No. of Extensions Requested by Plaintiff: 2 (DE 9 and this motion)

       Defendant.
_____/

### Plaintiff's Unopposed Motion for Clarification, and Motion for Extension to File a Motion to Strike or a <u>Daubert</u> Motion re Defendant's Expert

     Plaintiff, Nicole Patsalides, moves for entry of an order providing clarification as to the timing of the disclosure of defendant's expert's report, the scheduling of defendant's expert deposition, and plaintiff's response to defendant's report, and for an extension to file Plaintiff's Motion to Strike and/or <u>Daubert</u> motion as to defendant's expert, and as grounds states:

     1.   Plaintiff timely disclosed her expert, Louise Fitzgerald, Ph.D August 1, 2016. Defendant, thereafter, sought to modify the scheduling order to disclose its expert [DE 41]. Plaintiff did not oppose defendant's motion for extension, so long as plaintiff was permitted to depose defendant's expert after the disclosure. This Court granted defendant's motion for



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

extension [DE 45], but the Court's order was silent as to the timing of the deposition of defendant's expert.

2.   Defendant, thereafter, disclosed Dr. Danzinger August 29, 2016.[1]  Although the disclosure consists of 25 total pages, defendant supplied plaintiff with approximately one-half page, or three paragraphs regarding Dr. Danzinger's role in this matter. Defendant has represented that Dr. Danzinger's opinions on this matter are contingent upon his examination of Ms. Patsalides.

3.   Also on August 29, 2016, Defendant filed an Unopposed Motion for Compulsory Psychiatric Examination of Plaintiff [DE 49], which this Court granted [DE 51] and specifically ordered the examination to take place on or before October 7, 2016.

4.   In strict compliance with this Court's Order [DE 51], the Compulsory Examination is scheduled to take place this Saturday, September 24.  During the conferral on this motion, defendant stated that it was hopeful that it would be able to supply Dr. Danzinger's report to plaintiff within 5 days of the examination.

5.   In filing this motion, plaintiff does not mean to disobey this Court's prohibition against an additional extension. [DE 45, at 1]. Plaintiff, however, needs clarification from this Court as to when plaintiff is to receive Dr. Danzinger's report,

---

[1]A copy of the defendant's disclosure is appended as Attachment 1.

whether she is permitted to the take the deposition of Dr. Danzinger after receipt of his report, and when plaintiff's rebuttal to Dr. Danzinger is due[2].

6. Additionally, September 23, 2016 is the deadline for all pretrial motions, including Motions to Strike and Daubert motions. [DE 25]. At this time, plaintiff is unable to formulate her objections to Dr. Danzinger based on the half-page substantive disclosure received from defendant. Plaintiff, therefore, seeks an extension to supply this Court with her objections to Dr. Danzinger. Should plaintiff not be permitted to depose and rebut Dr. Danzinger, plaintiff will be deeply prejudiced as she will not be able to conduct an adequate cross-examination of Dr. Danzinger at trial nor rebut his testimony through Dr. Fitzgerald.

7. Plaintiff, therefore, proposes the following schedule:

    a. Disclosure of Dr. Danzinger's report by October 3;

    b. Deposition of Dr. Danzinger by October 14;

    c. Plaintiff's rebuttal to Dr. Danzinger by October 28.

8. The undersigned is certain that every effort will be made by the parties to complete the deadlines listed in paragraph 7 as diligently as possible.

---

[2]The Scheduling Order does not designate a specific date for plaintiff's rebuttal to defendant's response to plaintiff's expert disclosure.

9. Alternatively, should this Court deny plaintiff's request to depose Dr. Danzinger and provide a rebuttal to his opinions, plaintiff seeks an extension to file a motion to preclude trial testimony of Dr. Danzinger outside of the August 29, 2016 half-page, three paragraph disclosure. Under this alterative, plaintiff seeks an extension of 5 business day from entry of the Court's Order on this motion.

10. Plaintiff does not seek to amend any other deadlines.

11. Plaintiff files this motion in good faith and not for purposes of delay.

12. **Local Rule 7.1 Conferral**. The undersigned conferred, in good faith, with counsel for the defendant on this motion. Defendant's counsel represented that defendant does not oppose the relief sought.

Respectfully submitted,

*/s/ Alison Churly-Davis*
WILLIAM R. AMLONG
Florida Bar Number 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar Number 275565
KAmlong@TheAmlongFirm.com
ALISON L. CHURLY-DAVIS
Florida Bar Number 97850
AChurly@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth St.,
    Second Floor
Fort Lauderdale, Florida  33301
(954)462-1983

*Attorneys for Plaintiff,*
*Nicole Patsalides*

## Certificate of Service

     I hereby certify that a true and correct copy of the above was served via the Southern District of Florida's CM/ECF system on this 22nd day of September, 2016 to the individuals listed below.

                                             /s/ *Alison Churly-Davis*
                                           ALISON CHURLY-DAVIS

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG | DOUGLAS T. NOAH |
| Florida Bar No.: 470228 | Florida Bar No.: 0863970 |
| WRAmlong@TheAmlongFirm.com | Dnoah@drml-law.com |
| KAREN COOLMAN AMLONG | GAIL BRADFORD |
| Florida Bar No.: 275565 | Florida Bar No.: 0295980 |
| KAmlong@TheAmlongFirm.com | Gbradford@drml-law.com |
| ALISON CHURLY-DAVIS | PATRICIA REGO-CHAPMAN |
| Florida Bar No.: 97850 | Florida Bar No.: 085309 |
| AChurly@TheAmlongFirm.com | Pchapman@drml-law.com |
| | |
| AMLONG & AMLONG, P.A. | Dean, Ringers, Morgan, & |
| 500 Northeast Fourth Street | Lawton, P.A. |
| Second Floor | Post Office Box 2928 |
| Fort Lauderdale, Florida 33301 | Orlando, Florida 32802-2928 |
| (954) 462-1983 | (407) 422-4310 |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
|    *Nicole Patsalides* |    *City of Fort Pierce* |