# Attachment 1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 15-14431-CIV-GRAHAM/LYNCH**

NICOLE PATSALIDES,

     Plaintiff,

vs.

CITY OF FORT PIERCE,

     Defendant.

_____/

## DEFENDANT, CITY OF FORT PIERCE'S REBUTTAL EXPERT DISCLOSURE

Defendant, CITY OF FORT PIERCE, by and through undersigned counsel, hereby discloses the following rebuttal expert witness, pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii) and the Court's Order [D.E. 45] on Defendant's Unopposed Motion to Modify Scheduling Order and Extension of Time to Exchange Rebuttal Expert Information.

Jeffrey Danziger, M.D. is a retained expert who will present opinions as set forth in his report, together with his curriculum vitae and other information attached hereto, required by Federal Rule 26(a)(2)(B).

**I HEREBY CERTIFY** that on August 29, 2016, the foregoing was served via electronic mail to Karen Coolman Amlong, Esquire, William R. Amlong, Esquire and Alison L. Churly-Davis, Esquire, kamlong@theamlongfirm.com; wramlong@theamlongfirm.com; AChurly@TheAmlongFirm.com; Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, FL 33301.

          */s/ Douglas T. Noah*
          DOUGLAS T. NOAH, ESQUIRE
          Florida Bar No. 0863970
          PATRICIA M. REGO CHAPMAN, ESQ.
          Florida Bar No. 085309
          Dean, Ringers, Morgan & Lawton, P.A.
          Post Office Box 2928
          Orlando, Florida 32802-2928
          Tel: 407-422-4310   Fax: 407-648-0233
          DNoah@drml-law.com
          pchapman@drml-law.com
          Attorneys for Defendant

# PSYCHIATRIC AFFILIATES, P.A.

2300 MAITLAND CENTER PARKWAY, SUITE 211
MAITLAND, FLORIDA 32751
⚕
(407) 679-6400   FAX (407) 679-7988

JEFFREY A. DANZIGER, M.D.
*Diplomate, American Board of Psychiatry and Neurology*
*Forensic, Geriatric and Addiction Psychiatry*

SUSAN M. SKOLLY-DANZIGER, PHARM.D., MS
*Diplomate, American Board of Applied Toxicology*
*Forensic Toxicology*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NUMBER:    2:15-CV-14431-DLG

EXAMINER:       Jeffrey A. Danziger M.D.

DATE:           August 25, 2016

NICOLE PATSALIDES,
    Plaintiff,
vs.

CITY OF FORT PIERCE,
    Defendant.
                           /

Pursuant to the request of attorney Douglas Noah, representing the Defendant City of Fort Pierce, I was asked to review records and documents pertaining to the matter of Nicole Patsalides vs City of Fort Pierce. I was asked to offer opinions from the psychiatric standpoint, as to whether Ms. Patsalides suffered from any psychiatric or mental health conditions, whether any such psychiatric and mental health conditions were related to the actions of the defendant, whether she was at a state of maximum medical improvement and whether there was any permanent partial impairment, and what treatment (if any) would be appropriate and reasonable as it related to the actions of the defendant.

I was supplied with the following documents:

o Report of Louise Fitzgerald, Ph.D., July 31, 2016
o Corrected Second Amended Complaint, May 23, 2016
o Deposition of Nicole Patsalides, June 30, 2016

I have not had the opportunity to conduct an in-person evaluation of Ms. Patsalides. As such, I am not able at this time to offer psychiatric opinions to a reasonable degree of medical certainty. I would be pleased to evaluate Ms. Patsalides if allowed to do so by the Court, in order to be able to offer reasonable opinions as to her psychiatric status as it relates to the present litigation.

PATSALIDES VS. CITY OF FORT PIERCE
PAGE 2

Respectfully submitted,

Jeffrey A. Danziger, M.D.

JAD/se

## CURRICULUM VITAE
## Jeffrey A. Danziger, M.D.

| | |
|---|---|
| *ADDRESS* | Psychiatric Affiliates, P.A. |
| | 2300 Maitland Center Parkway, Suite 211 |
| | Maitland, Florida 32751 |
| | Phone (407) 679-6400   Fax (407) 679-7988 |
| | |
| *CERTIFICATION* | Diplomate, National Board of Medical Examiners, July 1, 1983 |
| | Board Certified in Psychiatry, ABPN, July 1988 |
| | Board Certified in Forensic Psychiatry, December 1994; |

                Recertified March 2003 – December 2013
                Recertified April 2013 – December 2023
       Board Certified in Geriatric Psychiatry, October 1995 – October 2005
                Recertified April 2005 – December 2015
                Recertified April 2013 – December 2025
       Board Certified in Addictions Psychiatry, April 1997 – April 2007
                Recertified August 2007 – December 2017

| | |
|---|---|
| *LICENSURE* | Florida Medical License ME 49703 |

*PROFESSIONAL*

| | |
|---|---|
| Premedical: | Harvard College, Cambridge, Massachusetts, B.A. Biology 9/74-6/78 |
| | Magna Cum Laude with Highest Honors in Biology |
| Medical: | University of Miami School of Medicine, Miami, Florida, M.D.  9/78-5/82 |
| | Medical Honor Society – Alpha Omega Alpha |
| Internship: | Washington University/Barnes Hospital, St. Louis, Missouri, Psychiatry 7/82-6/83 |
| Residency: | Washington University/Barnes Hospital, St. Louis, Missouri, Psychiatry 6/83-6/86 |
| Faculty: | One-year appointment as Chief Resident and Instructor in Psychiatry (faculty) |
| | Washington University/Barnes Hospital, Department of Psychiatry, |
| | St. Louis, Missouri, 7/86-6/87 |

*PRIVATE PRACTICE*

       Psychiatric Affiliates, P.A., Maitland, Florida
           Adult, Geriatric, and Forensic Psychiatry 12/89-Present

       Florida Psychiatric Associates, Winter Park, Florida
           Adult, Geriatric and Forensic Psychiatry 7/87-12/89

POSITIONS HELD

| | |
|---|---|
| <u>Ali A. Kashfi, M.D., P.A.</u> | Orlando, Florida |
| *Principal Investigator* | 2013 - 2014 |
| | |
| <u>Florida Clinical Research Center, LLC</u>   (formerly CORE Research) | Maitland, Florida |
| *Investigator* | 2008 – 2011 |
| Functions as, or under the direction of, the Principal Investigator | |
| for assigned studies performing medical oversight for study subjects. | |

## CURRICULUM VITAE
## Jeffrey A. Danziger, M.D.

CORE Research INC
*Medical Director*

Maitland, Florida
2004 – 2007

Winter Park Hospital
*Medical Director, Psychiatric Unit*

Winter Park, Florida
1996 – 2000

University of Central Florida
*Consultant, Student Health Services*

Orlando, Florida
1997 – 1999

John E. Polk Correctional Facility
*Contracted Psychiatrist*

Sanford, Florida
1997 - 1999

Winter Park Hospital
*Medical Director, Medical-Psychiatric Unit*

Winter Park, Florida
1995 – 1999

University Behavioral Center
*Medical Director, Adult Services*

Orlando, Florida
1993 – 1998

Health Management Associates
*Corporate Medical Director of Psychiatric Services*

Naples, Florida
1993 – 1997

West Lake Hospital
*Director, Psychiatric Intensive Evaluation Unit*

Longwood, Florida
1991 – 1993

Winter Park Memorial Hospital
*Director, Special Medical Unit*

Winter Park, Florida
1990 - 1991

La Amistad Foundation (Psychiatric Services)
*Medical Director*

Fern Park, Florida
1989 – 1991

Winter Park Pavilion
*Director, Mood Disorder Unit*

Winter Park, Florida
1989 – 1991

Florida Psychiatric Associates
*Assistant Medical Director*

Winter Park, Florida
March 1989 – Dec 1989

Florida Psychiatric Associates
*Adult, Geriatric and Forensic Psychiatry Private Practice*

Winter Park, Florida
1987 – 1989

Washington University/Barnes Hospital, Department of Psychiatry
*Chief Resident and Instructor in Psychiatry (Faculty)*

St. Louis, Missouri
1986-1987

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

*HONORS AND AWARDS*

> Orlando Magazine – Top Doctors 2001, 2002, 2003, 2004, 2005, 2006, 2008, 2011, and 2012
> Orlando Magazine – The Best 70 Doctors in Central Florida 2000
> Guide to America's Top Physicians – 2003, 2004 & 2008
> Doctors Across America – Top Doctors 2002
> Florida Monthly Magazine – Florida's Top Doctors 2002
> Selinsky Award (Outstanding Medical Student in the field of psychiatry) 1982
> - o Guttenberg Prize: 1978
> - o Outstanding Senior Research Project, Mather House, Harvard College

*FORENSIC PSYCHIATRY*

> Testimony and written opinions given on civil and criminal matters in Federal, Circuit and County
> Courts:  Middle District Court of the United Sates and the State of Florida counties of:
> Orange, Seminole, Osceola, Volusia, Brevard, Lake, Polk, Miami-Dade,
> St. Johns, Collier, Columbia & Escambia Counties, as well as Federal Court.

*INVESTIGATOR EXPERIENCE*

**Attention-Deficit/Hyperactivity Disorder**

A Randomized, Double-blind, Placebo-controlled, Phase II Dose-Ranging Study of the Safety and Efficacy of XXX in Adults with ADHD

An Open Label, Dose Titration, Long Term Safety Study to Evaluate XXX in Adults with ADHD

A Phase III, Randomized, Double-blind, Multi-center, Placebo-controlled, Parallel-group, Forced Dose Titration, Safety and Efficacy Study of XXX in Adults with Attention-Deficit Hyperactive Disorder

A Long Term Open Label and Single Arm Study of XXX in Children ages 6-12 with ADHD

A Phase III, Randomized, Double-blind, Multi-center, Placebo-controlled, Parallel-group, Safety and Efficacy Study of XXX with an Open-Label Extension in Adolescents with Attention-Deficit Hyperactivity Disorder (ADHD)

A Phase III, Multi-center, 12-Month, Open-Label Safety Study of XXX in Adults with Attention-Deficit Hyperactivity Disorder

A Phase III, Randomized, Double-blind, Multi-center, Placebo-controlled, Parallel-group, Safety and Efficacy Study of XXX in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)

A Phase II, Randomized, Double-blind, Placebo-controlled, Parallel-group, Dose-Ranging Study of the Safety and Efficacy of XXX in Adults with Attention Deficit-Hyperactivity Disorder

The Long-Term Safety and Tolerability of XXX in Adults with Attention Deficit-Hyperactivity Disorder: An Open-Label Extension Study

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

A Double-blind, Randomized, Multi-center, Flexible Dose Study Evaluating the Efficacy and Safety of XXX in Children Aged 6-12 with Symptoms of Oppositionality and a Diagnosis of Attention Deficit- Hyperactivity Disorder

A Prospective, Open-Label, Multi-center, Dose-Optimization Study Evaluating the Efficacy, Safety and Tolerability of XXX in Children aged 6-12 Diagnosed with ADHD

**Anxiety**

An Eight-Week, Multi-center, Randomized, Double-blind, Placebo-controlled Study, With XXX as an Active Control, To Evaluate the Efficacy, Safety and Tolerability of a XXX in Patients with GAD

A Multicenter Randomized, Double-blind, Parallel Group, Placebo-controlled, Active Controlled Study of the Efficacy And Safety of Sustained Release XXX Compared With Placebo in the Treatment of Generalized Anxiety Disorder

A Comparison of XXX, XXX Extended Release, and Placebo in the Treatment of Generalized Anxiety Disorder

The Efficacy of XXX as Adjunctive Therapy in Subjects with Insomnia Related to Generalized Anxiety Disorder

An Eight Week, Double-blind, Placebo-controlled, Multi-center Study with XXX as Positive Control, Evaluating the Efficacy, Safety, Tolerability of a Fixed Dose of XXX in outpatients with Generalized Anxiety Disorder (GAD)

A Multi-center Randomized, Double-blind, Parallel-group, Placebo-controlled, Active-Controlled Study of the Efficacy and Safety of Sustained Release XXX Compared with Placebo in the Treatment of Generalized Anxiety Disorder

A Multi-center, Randomized, Double-blind, Parallel-group, Placebo-controlled Study of the Efficacy and Safety of XXX Extended-Release Compared with Placebo as an Adjunct to Treatment in Patients with Generalized Anxiety Disorder who Demonstrate Partial or No Response to a Selective Serotonin Reuptake Inhibitor or Serotonin-Norepinephrine Reuptake Inhibitor Alone or in Combination with a Benzodiazepine

**Bipolar Disorder**

A Randomized, Double-blind, Placebo-controlled, Proof-of-Concept, Phase II Study to Evaluate the Efficacy and Safety of once a day. TAK-375 SL 0,1 mg, 0.4 mg, and 0.8 mg as an Adjunctive Therapy to Treatment-as-Usual in the Maintenance Treatment of Bipolar I Disorder in Adult Patient

A Randomized, Double-blind, Placebo-controlled, Proof-of-Concept, Phase II Study to Evaluate the Efficacy and Safety of Once a Day, TAK-375 (Ramelteon) Tablet for Sublingual Administration (TAK-375SL Tablet) 0.1 mg, 0.4 mg, and 0.8 mg in the Treatment of Acute Depressive Episodes Associated with Bipolar I Disorder in Adult Patients who are on Lithium and/or Valproate

A Confirmatory, Multi-center, Double-blind, Randomized, Placebo-controlled Study of the Use of XXX in the Treatment of Patients with Bipolar Depression

A Randomized, Double-blind, Placebo-controlled, Multi-center Study To Evaluate The Efficacy And Tolerability Of XXX in the Treatment of Manic Episodes Of Bipolar Disorder Over 3 Week, and 52 Week, Open Label Extension Study to Evaluate the Safety and Tolerability of XXX in the Treatment of Manic Episodes of Bipolar 1 Disorder

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

A Multi-center, Randomized, Parallel-group, Double-blind, Phase IV Comparison of the Efficacy and Safety of XXX to Placebo as Adjunct Therapy to Mood Stabilizers (XXX or XXX) in the Treatment of Bipolar I Disorder and Alcohol Dependence in Adult Patient Receiving Treatment for 12 Weeks

Multi-center, Randomized, Double-blind, Placebo-controlled Clinical Research Study to Evaluate the Safety and Efficacy of XXX in Patients with Acute Mania in Bipolar Disorder

A Randomized, Double-blind, Placebo-controlled, Parallel-group, Dose Response, Multi-center Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Extended Release XXX in the Treatment Of Subjects with Acute Manic and Mixed Episodes Associated with Bipolar I Disorder

A Multi-center, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy And Safety of XXX to Placebo When Used as Adjunct to Mood Stabilizers in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

A Phase IIIb, Randomized, Double-blind, Parallel-group Study in Bipolar I Patients to Assess the Efficacy and Safety of XXX Administered Once-Daily vs. Twice-Daily in the Treatment of Manic Symptoms

A Phase IIIb, Open-Label Observational Safety Study of Extended-Release XXX Used in Combination with Other Psychotropic Medications for the Treatment of Bipolar I Disorder

An International, Multi-center, Double-blind, Randomized, Parallel-group, Placebo-controlled, Phase III Study of the Efficacy and Safety of XXX and XXX as Monotherapy in Adult Patients with Bipolar Depression for 8 weeks and XXX in Continuation Treatment for 26 up to 52 weeks

Efficacy of XXX in Combination with XXX or XXX in the Treatment of Manic Patients with Bipolar I Disorder Partially Nonresponsive to XXX or XXX Monotherapy

A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled, Phase III Study of the Efficacy and Safety of XXX Sustained Release as Monotherapy in Adult Patients with Acute Bipolar Depression

A Phase III, Randomized, 6-Month, Double-blind Trial in Subjects with Bipolar I Disorder to Evaluate the Continued Safety and Maintenance of XXX Plus a Mood Stabilizer (versus  Placebo Plus a Mood Stabilizer) Following a Minimum of 2 months of Response to Open Label Treatment with Both Agents

A Multi-center, Randomized, Parallel-group, Double-blind, Phase IV Comparison of the Efficacy and Safety of XXX to Placebo as Adjunct Therapy to Mood Stabilizers in the Treatment of Bipolar I Disorder and Alcohol Dependence in Adult Patient Receiving Treatment for 12 Weeks

Controlled Trial of Safety and Efficacy of XXX Versus Placebo in Patients with Bipolar Depression

Controlled Trial of XXX versus Placebo in Patients with Bipolar Disorder in Manic or Mixed States

**Depression**

A Phase II, Multicenter, Double-blind, Parallel-group, Randomized, Placebo-controlled, Forced-dose Titration, Dose-ranging Efficacy and Safety Study of XXXX in Combination with an Antidepressant in the Treatment of Adults with Major Depressive Disorder with Inadequate Response to Prospective Treatment with an Antidepressant 2012

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

A Phase III, Open-label, Multi-center, 12-month Extension Safety and Tolerability Study of XXXX in Combination with an Antidepressant in the Treatment of Adults with Major Depressive Disorder with Residual Symptoms or Inadequate Response Following Treatment with an Antidepressant 2012

Interventional, Randomized, Double-blind, Parallel-group, Placebo-controlled, Fixed-dose Study to Evaluate the Efficacy and Safety of XXXXXXX (1 and 3 mg/day) as Adjunctive Treatment in Elderly Patients with Major Depressive Disorder with an Inadequate response to Antidepressant Treatment 2013

A Multi-center, Double-blind, Parallel Group, Fixed Dose, 4-Arm, Placebo and XXX Controlled 8 Week Efficacy Study of 2 Oral Doses Of XXX in Adult Outpatients With MDD

A Multi-center, Double-blind, Randomized, Parallel-group, Placebo-controlled and Active Controlled Phase III Study of the Efficacy and Safety of XXX Sustained Release as Monotherapy in the Treatment of Patients with Major Depressive Disorder

A Multi-center, Randomized, 30- To 52 -Week, Double-blind, Placebo-controlled Study to Evaluate the Efficacy, Safety, and Tolerability of XXX in the Prevention Of Relapse or Recurrence of Depressive Symptoms in Outpatients with Major Depressive Disorder Who Maintained Clinical Stability After an Initial Response to Open-label Treatment With XXX

An Eight Week, Multi-center, Double-blind, Placebo-controlled Study Evaluating the Efficacy, Safety and Tolerability of One Fixed-dose of XXX in Subjects with Major Depressive Disorder

A Randomized, Double-blind, Placebo-controlled Study of XXX in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode

An Extension to A Randomized, Double-blind, Placebo-controlled Study of XXX in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode

A Multi-center, Randomized, Double-blind, Placebo-controlled Study of the Safety and Efficacy of XXX as Adjunctive Therapy in the Treatment of Patients with Major Depressive Disorder

A Ten Month Open Label Evaluation of the Long Term Safety of XXX SR in Outpatients with Major Depressive Disorder

A Multi-center Randomized Double-blind Placebo-controlled Parallel-group Efficacy and Safety Study if a Flexible Dose of XXX SR in Adult Outpatients with MDD

An Eight Week, Multicenter, Double-blind, Placebo-controlled Study of XXX in Elderly Outpatients with Major Depressive Disorder

Weekly Enteric-Coated XXX vs. Daily XXX or Placebo in the Continuation Treatment of Major Depressive Disorder

XXX Alone and In Combination with XXX vs. Placebo in Major Depressive Disorder With Psychotic Features

A Double-blind, Randomized, Multicenter, Parallel Design Study to Evaluate The Efficacy and Safety of Three Dose Ranges of a Novel Agent Vs. Placebo and Active Control in Outpatients with Major Depressive Disorder

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

A Double-blind Study, XXX vs. Placebo, in Child and Adolescent Major Depressive Disorder

A Double-blind Study, XXX vs. Placebo and Active Control, in Major Depressive Disorder

A Multi-center, 10-Week, Randomized, Double-blind, Placebo-controlled, Flexible Dose Outpatient Study of XXX in Child/Adolescent Major Depressive Disorder

A Fixed-dose Comparison of the Safety and Efficacy of XXX, XXX and Placebo in Major Depressive Disorder

A Placebo-controlled Evaluation of the Safety and Efficacy of XXX in the Presentation of Relapse in Major Depressive Disorder

A Double-blind, Placebo-controlled Efficacy Study of XXX vs. Active Control in Producing Remission in Outpatients with Major Depressive Disorder

Evaluation of the Safety and Efficacy of XXX in the Prevention of Recurrence in Major Depressive Disorder

A Phase IIB, Six-Week, Double-blind, Placebo-and XXX-Controlled Multi-center Study to Evaluate the Safety and Efficacy of an Oral XXX in Outpatients with Major Depressive Disorder

A Seven-Week, Double-blind Extension Of A Phase IIB Six-Week, Double-blind, Placebo- And XXX-Controlled Multi-center Study to Evaluate the Safety and Efficacy of an Oral XXX In Outpatients with Major Depressive Disorder

A Double-blind, Multi-center, Placebo-controlled, Acute and Extension Study of Two Doses of XXX in Major Depressive Disorder

A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of XXX as Mono-therapy in the Treatment of Adult Patients with Major Depressive Disorder

An Eight-Week, Multicenter, Double-blind, Placebo-controlled Study Evaluating the Efficacy, Safety and Tolerability of One Fixed 100 mg Dose of XXX in Patients with Major Depressive Disorder

An Eight-week, randomized, Double-blind, Fixed-dosage, Placebo-controlled, Parallel-group, Multi-center study of the Safety and Tolerability of XXX in the treatment of Major Depressive Disorder (MDD) followed by a 52-week open-label extension

A Multi-center, Double-blind, Parallel Group, Fixed Dose, 4-arm, Placebo and XXX-Controlled 8 Week Efficacy Study of 2 Oral Doses of XXX in adult outpatients with Major Depressive Disorder

A Multi-center, Randomized, 8-week Double-blind Acute Phase Followed by a 6-month Continuation Phase (Open-label or Double-blind) Study to Evaluate the Efficacy, Safety, and Tolerability of XXX versus XXX in Post-Menopausal Women with Major Depressive Disorder

A Randomized, Double-blind, Placebo-controlled Study of the Efficacy of XXX in Patients with Major Depressive Disorder

XXX versus Placebo in Patients with Major Depressive Disorder (MDD): Assessment of Energy and Vitality in MDD

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

A Phase IIa, Multi-center, Randomized, Double-blind, Double-dummy, and Placebo- and Active-Controlled Study to Investigate the Safety and Efficacy of XXX Administered to Subjects with Major Depressive Disorder

A Double-blind, Randomized, Placebo-controlled Study Examining, the Safety, Efficacy, and Tolerability of XXX in Subjects with Major Depressive Disorder (including Atypical and Melancholic Features)

An Eight-Week, Double-blind study to evaluate the efficacy, Safety and Tolerability of Two Fixed Doses of XXX Once Daily in combination with XXX once daily compared to placebo in combination with XXX once daily in patients with Major Depressive Disorder

**Insomnia**

A Double-blind, Randomized, Multicenter, Placebo-controlled, Parallel Groups, Efficacy and Safety Extension Study of XXX in the Treatment of Adult Outpatients with Primary Insomnia

A Comparison of XXX vs. Placebo in the Treatment of Insomnia Associated with Newly Diagnosed Major Depressive Disorder (MDD) or Untreated MDD Relapse, When Used Concomitantly with Escitalopram

A Long-Term Safety and Efficacy Study of XXX in Elderly Subjects with Primary Chronic Insomnia

Efficacy and Safety of 2 mg/day of XXX on Sleep Maintenance Insomnia with a Sub-Study of the effect of XXX on Stable Type II Diabetes Mellitus: a 12 week Multi-center, Randomized, Double-blind, Placebo-controlled Study

A 6-Month, Double-blind,Randomized, Placebo-controlled, Parallel-group Out-Patient Trial, Investigating the Efficacy and Safety of XXX in Adult Patients with Chronic Primary Insomnia

**Schizophrenia**

A Randomized, Double-blind, Placebo-controlled, Parallel, 26-Week, Phase 3 Study of 2 Doses of an Alpha-7, Nicotinic Acetylcholine Receptor Agonist (EVP-6124) or Placebo as an Adjunctive Pro-cognitive Treatment in Schizophrenia Subjects on Chronic Stable Atypical Antipsychotic "Therapy," Protocol No. EVP-6124-016, ("Protocol") to be Conducted at Institution and to Involve Trial Subjects ("Trial")

A Multi-center 26-Week Extension Study to Evaluate the Safety and Clinical Effects of Prolonged Exposure to 1 and 2 mg Doses of EVP-6124, an Alpha-7 Nicotinic Acetylcholine Receptor Agonist, as an Adjunctive, Pro-cognitive Treatment in Subjects with Schizophrenia on Chronic Stable Atypical Antipsychotic "Therapy," Protocol No. EVP-6124-017, ("Protocol") to be Conducted at Institution and to Involve Trial Subjects ("Trial")

Efficacy of High Dose XXX in A Controlled Fixed Dose Response Trail for Treatment of Schizophrenia and Schizoaffective Disorders

A Double-blind, Randomized, Multi-center, Parallel-group Design Study to Evaluate the Safety and Efficacy of Two Dose Ranges of a Novel Antipsychotic Agent vs. Placebo and Active Control in Schizophrenia

A Double-blind, Five-Armed, Fixed-dose, Active- And Placebo-controlled Dose Finding Study with Sublingual XXX in Subjects with Acute Phase Schizophrenia

Allelic Variations in Schizophrenia

*CURRICULUM VITAE*
*Jeffrey A. Danziger, M.D.*

**Other Indications**

Double-blind, Placebo-controlled Trial of XXX in Panic Disorder, 12-Weeks, With a Continuation Phase

A Multi-center, Randomized, Double-blind, Placebo-controlled Study to Evaluate a Novel Agent in Patients with Probable Alzheimer's Disease of Mild to Moderate Severity

A Multi-center, Randomized, Double-blind, Placebo-controlled, Parallel-group, Dose Range Finding Study to Evaluate the Safety and Efficacy of Four Doses of XXX in Patients with Social Phobia

A 12-Week, Randomized, Double-blind, Placebo-controlled, Flexible Dose Study of XXX in Social Anxiety Disorder

A Double-blind, Randomized, Parallel-group, Active- and Placebo-controlled Study to Evaluate the Safety and Efficacy of XXX in Social Phobia

Open-Label Trial of XXX in Obsessive-Compulsive Disorder

Open-Label XXX Continuation Study

Multi-center, Parallel-group, Double-blind, Placebo-controlled, Dose Ranging Study of the Efficacy and Tolerability of XXX in the Prophylaxis of Migraine Headache and Open Label Extension

References available upon request

# Legal Services – Jeffrey A. Danziger, M.D.

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 8/12/2016 | J.T. | ESTATE OF BRUCE LISLE, e | PLAINTIFF | 2014-CA-2799 | ALACHUA | | Yes | No |
| 8/2/2016 | SANDRA CHUHRAN | SERVICE MASTER | DEFENSE | | CIVIL | | Yes | No |
| 8/1/2016 | TERELL ANGUS | BOYS & GIRLS CLUB | DEFENSE | 06-647-CAB | MARION | | Yes | No |
| 7/18/2016 | STATE OF FLORIDA | EBONY WILKERSON | DEFENSE | 2014-301084CFDB | VOLUSIA | CASE | No | Yes |
| 7/12/2016 | JODI LIVERNOIS | JEFFREY LIVERNOIS | PLAINTIFF | 2014-DR-4033-02D-K | SEMINOLE | LANGLOIS | No | Yes |
| 7/1/2016 | CHAD KEPPELER | LAPIN SEPTIC COMPANY | PLAINTIFF | 14-CA-013128-O | ORANGE | | Yes | No |
| 6/15/2016 | STATE OF FLORIDA | JOSEPH DELAI | DEFENSE | 2016-00001127 | SEMINOLE | ALVA | No | Yes |
| 6/10/2016 | STATE OF FLORIDA | WALTER STAPLES | COURT | 2015-CF-000045 | ORANGE | MORGAN | No | Yes |
| 6/9/2016 | STATE OF FLORIDA | EMMANUEL DEROLUS | COURT | 2014-CF-016952-O/A | ORANGE | LUBET | No | Yes |
| 6/3/2016 | STATE OF FLORIDA | DEANGELO HINDS | DEFENSE | 2016-CT-000070-A-O | OSCEOLA | DRAPER | No | Yes |
| 5/27/2016 | CHRIS GRAINER GEARI | MARIA TERESA GRAINER S | COUNTER-D | 2016-CA-00565-ON | OSCEOLA | WEISS | No | Yes |
| 5/25/2016 | CHRIS GRAINER GEARI | MARIA TERESA GRAINER S | PLAINTIFF | 2016-CA-00565-ON | OSCEOLA | | Yes | No |
| 5/24/2016 | KARAN OLECKNA | DAYTONA DISCOUNT PHAR | DEFENSE | 2012-32396-CICI | VOLUSIA-CI | | Yes | No |
| 5/20/2016 | STATE OF FLORIDA | JUSTIN QUAMMEN | DEFENSE | 2010-CF-3424 | LAKE | SEMENTO | No | Yes |
| 4/4/2016 | STATE OF FLORIDA | CLARKE STRESING | DEFENSE | 2015-CF-9069-A-O | ORANGE | HIGBEE | No | Yes |
| 3/24/2016 | STATE OF FLORIDA | NATHAN POTTER | DEFENSE | 2014-CF-4423; 2015- | ORANGE | CRANER | No | Yes |
| 3/23/2016 | UNITED STATES | ALEXANDER CARLSSON | DEFENSE | 6:15-mj-01429-GJK | FEDERAL | BYRON | No | Yes |
| 3/18/2016 | STATE OF FLORIDA | ANDRE CATALDO | DEFENSE | 2015-CF-003696-A-O | ORANGE | TURNER | No | Yes |
| 3/1/2016 | REBEKAH KING | JAMES KING | PLAINTIFF | 2015-DR-003189 | SEMINOLE | GALLUZZO | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 2/12/2016 | STATE OF FLORIDA | CHASE WOOLMAN | DEFENSE | CF15-006839-XX | POLK | DURDEN | No | Yes |
| 1/26/2016 | STATE OF FLORIDA | ROBERT LEE THOMPSON | PLAINTIFF | 2013-CF-008699-O | ORANGE | HIGBEE | No | Yes |
| 1/11/2016 | STATE OF FLORIDA | CATHERINE C. FITZGERAL | DEFENSE | 2014-CF-9925-A-O | ORANGE | UNDERWOOD | No | Yes |
| 12/21/2015 | UNITED STATES | JEREMY NIELSEN | DEFENSE | 6:08-CR-00242 | FEDERAL | DALTON | No | Yes |
| 12/21/2015 | UNITED STATES | JOSE SALVADOR RUIZ | DEFENSE | 6:15-CR-159-ORL-41 | FEDERAL | SMITH | No | Yes |
| 12/18/2015 | ROBIN HOUDYSCHELL | JONATHAN HOUDYSCHELL | RESPONDANT | 2014-DR-000961 | ORANGE | H. PINDER-RODRIG | No | Yes |
| 12/15/2015 | FREIDA FORTSON | ROBERT MACKEY/STATE F | DEFENSE | 2014-CA-007916-O | ORANGE | | Yes | No |
| 11/16/2015 | STATE OF FLORIDA | ELMER BANNER | DEFENSE | 2012-CF-002280-A-O | ORANGE | OKANE | No | Yes |
| 11/9/2015 | STATE OF FLORIDA | PEDRO CERUTTI | DEFENSE | 14-CF-004469-A-OR | ORANGE | DAVIS | No | Yes |
| 10/22/2015 | EST OF ALICE TOMLINS | DR. HAROLD SMITH | DEFENSE | 2012-CA-843 | ORANGE | WHITE | No | Yes |
| 10/7/2015 | STATE OF FLORIDA | RAUL VELAZQUEZ | PLAINTIFF | 2014-CF-005929-O/A | ORANGE | CARSTEN | No | Yes |
| 9/25/2015 | STATE OF FLORIDA | RONALD MYERS | COURT | 2014-CJ-003247 | ORANGE | ADAMS | No | Yes |
| 9/16/2015 | GESNERSON LOUISUS | DOC | PLAINTIFF | 6:14-cv-000931-GKS- | FEDERAL | | Yes | No |
| 9/15/2015 | STATE OF FLORIDA | FRANK JOHNSON | DEFENSE | 2014-CF-00977-A | SEMINOLE | ALVA | No | Yes |
| 9/9/2015 | TIMOTHY DOUGLAS | ZACHARY CONSTRUCTION | PLAINTIFF | 6:13-CV-1943 | FEDERAL | BRYAN | No | Yes |
| 8/25/2015 | STATE OF FLORIDA | EDISON GARCIA-MUNIZ | PLAINTIFF | 2014-CF-3732 | SEMINOLE | NELSON | No | Yes |
| 8/17/2015 | IN THE INTEREST OF | KOBY MORGAN | COURT | 2014-CJ-002508-A-O | ORANGE | WHITEHEAD | No | Yes |
| 7/29/2015 | VICTORIA ST. JACQUES | SAMMY'S INVESTMENTS O | PLAINTIFF | 2013-CA-9202 | ORANGE | MYERS | No | Yes |
| 7/20/2015 | STATE OF FLORIDA | ERIC ALONSO DUNSTON | DEFENSE | 2015-CF-002819-A-O | ORANGE | ROCHE | No | Yes |
| 7/2/2015 | STATE OF FLORIDA | KORTNEY KILLINGSWORTH | PLAINTIFF | 2013-CF-000299 | SEMINOLE | MCINTOSH | No | Yes |
| 6/29/2015 | STATE OF FLORIDA | TAVARRUS KING | DEFENSE | 2015-CF-001341-A-O | ORANGE | BLECHMAN | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|------|-----------|-----------|----------|-------------|--------|-------|------|------|
| 6/24/2015 | ALLEN CHRISTY | EDWIN HUBBARD | PLAINTIFF | 2014-CP-000689-SB | PALM BEA | FRENCH | No | Yes |
| 6/18/2015 | STATE OF FLORIDA | SHEENA VONTRA FISHER | COURT | 2014-CF-014025-O | ORANGE | ROCHE | No | Yes |
| 5/29/2015 | STATE OF FLORIDA | MARITZA DIAZ | PLAINTIFF | 2014-CT-002553 | OSCEOLA | OBRIEN | No | Yes |
| 5/27/2015 | UNITED STATES | JAMES WILBORN | DEFENSE | 6:13-cr-253-Orl-37GJ | FEDERAL | DALTON | No | Yes |
| 5/18/2015 | ESILDA SNOW | RJ REYNOLDS | PLAINTIFF | 2008-CA-000548-O | CIVIL | | Yes | No |
| 5/15/2015 | STATE OF FLORIDA | DONNA SEALY | COURT | 2012-CF-0304 | ORANGE | MORGAN | No | Yes |
| 4/28/2015 | STATE OF FLORIDA | NADINE MONTAS | DEFENSE | 13-CF-0739-A-OR | ORANGE | WOOTEN | No | Yes |
| 4/14/2015 | STATE OF FLORIDA | DONALD JAMES URI WILLIA | PLAINTIFF | 2014-CF-001651-O | ORANGE | DAVIS | No | Yes |
| 4/6/2015 | STATE OF FLORIDA | TEQUILLA CODE | PLAINTIFF | 2013-CF-6315-O | ORANGE | DAVIS | No | Yes |
| 3/30/2015 | UNITED STATES | CHRISTOPHER SMITH | DEFENSE | 6:13-CR-316-ORL-28 | FEDERAL | ANTOON | No | Yes |
| 3/27/2015 | STATE OF FLORIDA | DEVONTE CHAPELLE-HARR | DEFENSE | 2013-CF-10065 | ORANGE | OKANE | No | Yes |
| 2/25/2015 | MYRON HORWITZ | FEC HIGHWAY SERVICES, | PLAINTIFF | 2013-CA-4512 | ALACHUA | | Yes | No |
| 2/17/2015 | STATE OF FLORIDA | WESLEY RITCHIE | DEFENSE | 2013-CF-000147-A | SEMINOLE | ALVA | No | Yes |
| 2/11/2015 | STATE OF FLORIDA | LOUIS A. MERCADO | DEFENSE | 2008-CF-011641-A-O | ORANGE | UNDERWOOD | No | Yes |
| 1/26/2015 | STATE OF FLORIDA | SHARON D. SMITH | DEFENSE | 2009-CF-002242-C-O | ORANGE | ADAMS | No | Yes |
| 1/17/2015 | JEFFREY MEAD | MARRIOTT INTERNATL | PLAINTIFF | 13-01709(ADC) | FEDERAL | | Yes | No |
| 1/13/2015 | STATE OF FLORIDA | WILLAIM HAROLD TURNER | DEFENSE | 2013-CF-011852-A | ORANGE | TYNAN | No | Yes |
| 1/9/2015 | CONNIE MINOR | COREY FAIRBANKS MAZDA | DEFENSE | 13-027369TWS | ORANGE | | Yes | No |
| 1/5/2015 | STATE OF FLORIDA | ANTHONY MARKIECE JACK | DEFENSE | 2007-CF-012700 | ORANGE | WOOTEN | No | Yes |
| 12/17/2014 | STATE OF FLORIDA | EBONY WILKERSON | DEFENSE | 2014-301084CFDB | VOLUSIA | CASE | No | Yes |
| 12/16/2014 | STATE OF FLORIDA | EBONY WILKERSON | DEFENSE | 2014-301084CFDB | VOLUSIA | CASE | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 12/8/2014 | STATE OF FLORIDA | VICTOR WRIDEN | DEFENSE | 2012-CF-010144C-O | ORANGE | SHEA | No | Yes |
| 12/5/2014 | BAKER | CHRTISTOPHER CHESTNU | DEFENSE | 2013-CA3768 | ALACHUA | | Yes | No |
| 12/1/2014 | IN THE INTEREST OF | KIANA KING | COURT | 2012-CJ-005083-A-O | ORANGE | RODRIGUEZ | No | Yes |
| 12/1/2014 | IN THE INTEREST OF | SHON LANE | COURT | 2013-CJ-003872-A-O | ORANGE | RODRIGUEZ | No | Yes |
| 12/1/2014 | IN THE INTEREST OF | JORDERLY EXANTUS | COURT | 2012-CJ-005430-A-O | ORANGE | RODRIGUEZ | No | Yes |
| 11/25/2014 | TIMOTHY DOUGLAS | ZACHARY CONSTRUCTION | PLAINTIFF | 6:13-cv-001943-Orl-4 | FEDERAL | | Yes | No |
| 11/24/2014 | STATE OF FLORIDA | JEROME DEMETRIUS RIVE | DEFENSE | 2012-CF-016526-A-O | ORANGE | EVANS | No | Yes |
| 11/17/2014 | STATE OF FLORIDA | THOMAS THORPE | DEFENSE | 2014-CF-9637-A-OR | ORANGE | THORPE | No | Yes |
| 11/14/2014 | RHONDA HUCKELBERY | CITY OF ORLANDO | PLAINTIFF | 6:13-cv-960-Orl-36GJ | FEDERAL | BYRON | No | Yes |
| 11/12/2014 | STATE OF FLORIDA | ALEXANDER VOROBETS | DEFENSE | 2014-CF-000333 | LAKE | LAW | No | Yes |
| 11/7/2014 | STATE OF FLORIDA | ANDY FONTAINE | DEFENSE | 2013-CF-9238-A | DUVAL | SOUD | No | Yes |
| 11/3/2014 | STATE OF FLORIDA | SHARHIBUR SMITH | PLAINTIFF | 2013-CJ-5507 | ORANGE | DAWSON | No | Yes |
| 10/29/2014 | MUHAMAD M. HALAOUI | MARRIOTT INTERNAT'L INC. | PLAINTIFF | 6:13-cv-01839-PGB-T | CIVIL | | Yes | No |
| 10/28/2014 | STATE OF FLORIDA | EBONY WILKERSON | COURT | 2014-301084CFDB | VOLUSIA | CASE | Yes | No |
| 10/27/2014 | STATE OF FLORIDA | DECARLO SABEDRA | DEFENSE | 2013-GF-016922 | ORANGE | TYNAN | No | Yes |
| 10/22/2014 | STATE OF FLORIDA | VICTOR ALBERTO HERRER | DEFENSE | 2012-CF-013162-A-O | ORANGE | OKANE | No | Yes |
| 10/17/2014 | STATE OF FLORIDA | BRANDON FULK | DEFENSE | 2013-3034 29CFDB | VOLUSIA | CASE | No | Yes |
| 10/15/2014 | STATE OF FLORIDA | MARK ALLEN WALKER | PLAINTIFF | 1119065CFA | BREVARD | WOHN | No | Yes |
| 9/29/2014 | STATE OF FLORIDA | JORDAN WILLIAMS | COURT | 2012-CF-005637-A-O | ORANGE | RODRIGUEZ | No | Yes |
| 9/24/2014 | EMANUEL BAKER, SR. | CHRISTOPHER CHESTNUT, | DEFENSE | 2013-CA-3768 | CIVIL | | Yes | No |
| 9/8/2014 | STATE OF FLORIDA | RYAN MATTHEW MASON | DEFENSE | 2013-CF-001169-A-O | ORANGE | MYERS | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 8/25/2014 | STATE OF FLORIDA | SHIRLY KANDOUS CARTER | COURT | 2012-CT-006107-O | ORANGE | MILLER | No | Yes |
| 8/21/2014 | STATE OF FLORIDA | MARISELA SOTO | COURT | 2013-CF-001957 | OSCEOLA | BLECHMAN | No | Yes |
| 8/6/2014 | STATE OF FLORIDA | HENRY A. RAYMOND | DEFENSE | 2013-CF-013683-A-O | ORANGE | ROCHE | No | Yes |
| 7/14/2014 | STATE OF FLORIDA | JORDAN WAGNER | DEFENSE | 2013-CF-022334-A | SEMINOLE | GALLUZZO | No | Yes |
| 7/9/2014 | STATE OF FLORIDA | BRANDON FULK | DEFENSE | 2013-303429CFDB | VOLUSIA | | Yes | No |
| 6/24/2014 | STATE OF FLORIDA | CHRISTOPHER SLIVINSKI | DEFENSE | 2012-CF-00092A | SEMINOLE | | Yes | No |
| 6/18/2014 | JOYCE CARLTON | DIANE GONZALEZ | DEFENSE | | CIVIL | | Yes | No |
| 6/5/2014 | STATE OF FLORIDA | AURORA URDANETA | PLAINTIFF | 49-2008-CR-004346 | OSCEOLA | BLECHMAN | No | Yes |
| 6/3/2014 | STATE OF FLORIDA | DAVID MAHN | DEFENSE | 2013-CF-000505-A | LAKE | NACKE | No | Yes |
| 5/29/2014 | STATE OF FLORIDA | EBONY WILKERSON | DEFENSE | 2014-3010844CFDB | VOLUSIA | CASE | No | Yes |
| 5/23/2014 | STATE OF FLORIDA | RAY BURLEY | DEFENSE | 2013-CF-011129-A-O | ORANGE | TYNAN | No | Yes |
| 5/20/2014 | EDMOND LEE FRANKEL | AUDREY FRANKEL | PLAINTIFF | 05-18042-CA-21 | M.DADE | ARZOLA | No | Yes |
| 5/15/2014 | STATE OF FLORIDA | JORDAN WAGNER | PLAINTIFF | 2013-0229-ORL | SEMINOLE | | Yes | No |
| 4/28/2014 | IN THE INTEREST OF | ANTWAINE GRAYS | COURT | 2013-CJ-4267 | ORANGE | RODRIGUEZ | No | Yes |
| 4/22/2014 | DAWN ENIS-ALLEN | LAWRENCE HICKS | PLAINTIFF | 2013-CA-4465-O | ORANGE | | Yes | No |
| 4/4/2014 | STATE OF FLORIDA | MAGALYZ SANCHEZ | COURT | 2013-CMM-4422 | OSCEOLA | EPPERSON | No | Yes |
| 4/4/2014 | STATE OF FLORIDA | PATRICIA RAPP | COURT | 2013-CT-4057 | OSCEOLA | EPPERSON | No | Yes |
| 4/3/2014 | LESLIE JOHNSON | PUBLIX | DEFENSE | 20102-CA-2350-O | CIVIL | POLODNA | No | Yes |
| 3/26/2014 | RHONDA HUCKLEBERR | CITY OF ORLANDO | PLAINTIFF | 6:13-CV-960-Orl-36G | FEDERAL | | Yes | No |
| 3/18/2014 | STATE OF FLORIDA | DEREK MARZLOCK | DEFENSE | 48-2011-CF-017429- | ORANGE | | Yes | No |
| 3/12/2014 | IN THE INTEREST OF | EMMA SHERWIN | DEFENSE | 2013-DP-125 | COLLIER | | Yes | No |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 3/7/2014 | STATE OF FLORIDA | BOBBY LEE TURNER | DEFENSE | 09-CF-017761-A-OR | ORANGE | TYNAN | No | Yes |
| 3/4/2014 | LESLIE JOHNSON | PUBLIX SUPER MARKETS | DEFENSE | 12-CA-2350-ON | OSCEOLA | | Yes | No |
| 2/26/2014 | EDMOND FRANKEL, et a | AUDREY FRANKEL, et al | PLAINTIFF | 02-18042CA21 | MIAMI-DAD | | Yes | No |
| 2/18/2014 | STATE OF FLORIDA | DAVID B. BIGELOW | DEFENSE | 2013-CF-001377 | HILLSBOR | THARPE | No | Yes |
| 2/12/2014 | MAYSON WEST | BENNET, ET AL | DEFENSE | | CIVIL | | Yes | No |
| 2/11/2014 | STATE OF FLORIDA | MARCUS YOUNG | COURT | 2012-CF-014750-O | ORANGE | DAVIS | No | Yes |
| 2/5/2014 | STATE OF FLORIDA | MATT DETTLE | DEFENSE | 2012-CF-3050-A | ALACHUA | MCDONALD | No | Yes |
| 2/3/2014 | STATE OF FLORIDA | COREY ANTHONY JACKSO | DEFENSE | 10-CF-016062-A-OR | ORANGE | THORPE | No | Yes |
| 2/3/2014 | STATE OF FLORIDA | RUBEN ROJAS | DEFENSE | 13-MM-007258-A-OR | ORANGE | MARTINEZ | No | Yes |
| 1/27/2014 | UNIOTED STATES OF A | BRUCE BABCHYCK | DEFENSE | 6:13-CR-202-ORL-37- | FEDERAL | DALTON | No | Yes |
| 1/10/2014 | STATE OF FLORIDA | HENRY LEE JONES | DEFENSE | 05-2009-CF-031876- | BREVARD | GRIESBAUM | No | Yes |
| 12/9/2013 | STATE OF FLORIDA | JOHN HILL | DEFENSE | 07-035937CFAES | VOLUSIA | MARRIOTT | No | Yes |
| 12/5/2013 | REBECCA CHILTON | RICHARD CHILTON | PLAINTIFF | 2012-DR-2434 | POLK | | No | Yes |
| 11/19/2013 | STATE OF FLORIDA | CHARLES AJOLOKO | DEFENSE | 2011-CF-008401-A-O | ORANGE | DAVIS | No | Yes |
| 11/14/2013 | STATE OF FLORIDA | JASON RODRIGUEZ | DEFENSE | 09-CF-016358-A-OR | ORANGE | PERRY | No | Yes |
| 10/9/2013 | MICHELLE LOCK | ROBERT LOCK | DEFENSE | 2010-DR-1784 | OSCEOLA | | Yes | No |
| 10/7/2013 | STATE OF FLORIDA | MIGUEL MASSALLO | DEFENSE | 2012-CF-2733-O | ORANGE | SCHREIBER | No | Yes |
| 10/2/2013 | STATE OF FLORIDA | MATTHEW JOSEPH DETTLE | DEFENSE | 01-2012-CF-3050-A | ALACHUA | | Yes | No |
| 10/1/2013 | LAWRENCE LIBIT | JEFFREY MARC LIBIT | DEFENSE | 2011-CA-9998NC | SARASOTA | | Yes | No |
| 9/30/2013 | STATE OF FLORIDA | PAUL KNAPP | DEFENSE | 2011-CF-014564-A-O | ORANGE | LAUTEN | No | Yes |
| 9/26/2013 | STATE OF FLORIDA | DAVID WEAVER | DEFENSE | 2012-36117CFAES | VOLUSIA | HUTCHESON | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 9/24/2013 | STATE OF FLORIDA | JASON RODRIGUEZ | DEFENSE | 48-2009-CF-016358 | ORANGE | PERRY | Yes | No |
| 9/18/2013 | UNITED STATES | ALEXANDER LEE | DEFENSE | 6:12-CR-302-ORL-28 | FEDERAL | ANTOON | No | Yes |
| 9/16/2013 | STATE OF FLORIDA | JAMES SEEHAUS | DEFENSE | 2012-CF-043130-A | BREVARD | WOHN | No | Yes |
| 9/9/2013 | STATE OF FLORIDA | ANTHONY JACKSON | COURT | 48-2012-CF-8129-O | ORANGE | PRATHER | No | Yes |
| 9/4/2013 | STATE OF FLORIDA | CRYSTAL ADAY | COURT | 10-04998CFB | SEMINOLE | RECKSIEDLER | No | Yes |
| 8/23/2013 | STATE OF FLORIDA | DARRELL DAVIS | DEFENSE | 11-CF-1045 | ORANGE | MYERS | No | Yes |
| 8/23/2013 | IN THE INTEREST OF: | DARIAN WILLIAMS | COURT | 2011-10113-CJDL | VOLUSIA | | No | Yes |
| 8/20/2013 | STATE OF FLORIDA | MICHAEL COLE | DEFENSE | 12-CF-7395-A-OR | ORANGE | MURPHY | No | Yes |
| 8/19/2013 | STATE OF FLORIDA | TYRONE MOSBY | PLAINTIFF | 48-2012-CF-011097 | ORANGE | OKANE | No | Yes |
| 8/12/2013 | STATE OF FLORIDA | ANDREQUAN HAROLD | DEFENSE | 13-MM-3666-A-OR | ORANGE | BARLOW | No | Yes |
| 8/5/2013 | STATE OF FLORIDA | ANDREW ALLRED | PLAINTIFF | 07-04890-CFA | SEMINOLE | RECKSIEDLER | No | Yes |
| 7/24/2013 | STATE OF FLORIDA | ANDREW ALLRED | PLAINTIFF | 2007-CF-4890 | SEMINOLE | | Yes | No |
| 7/22/2013 | STATE OF FLORIDA | JOY HOCHREITER | COURT | 2012-CF-4429 | ORANGE | THORPE | No | Yes |
| 7/11/2013 | STATE OF FLORIDA | DAVID HIESLER | DEFENSE | 2012-CF-0146900-A- | ORANGE | DAVIS | No | Yes |
| 7/9/2013 | STATE OF FLORIDA | NICOLE QUARTIERI | COURT | 48-2012-CF-0503-01 | ORANGE | P-RODRIGUEZ | No | Yes |
| 7/9/2013 | STATE OF FLORIDA | JOHN CIRILO | DEFENSE | 48-2013-TR-14207-A- | ORANGE | SIMPSON | No | Yes |
| 6/27/2013 | STEPHANIE STACHOW | DR. DOUGLAS FRASER | DEFENSE | 2010-CA-1929 | ESCAMBIA | CIVIL | Yes | No |
| 6/27/2013 | STATE OF FLORIDA | MARCO DIDONNA | DEFENSE | 2012-CF-3988 | OSCEOLA | BLECHMAN | No | Yes |
| 6/24/2013 | STATE OF FLORIDA | GEORGE ZIMMERMAN | DEFENSE | 2012-CF-1083-A | SEMINOLE | NELSON | Yes | No |
| 6/21/2013 | STATE OF FLORIDA | JASON GAY | DEFENSE | 48-2011-CF-4585 | ORANGE | MYERS | Yes | No |
| 6/20/2013 | DAGLEISH, KATHLEEN | WALGREENS | DEFENSE | 16-2010-CA-0176 | DUVAL | | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 6/6/2013 | STATE OF FLORIDA | JAMES WYMER | DEFENSE | 10-CF-7632 | ORANGE | | Yes | No |
| 6/4/2013 | STATE OF FLORIDA | TAVARRUS KING | DEFENSE | 12-CF-2889 | ORANGE | MURPHY | No | Yes |
| 5/31/2013 | STATE OF FLORIDA | ABRAHAM OLIVER | PLAINTIFF | 48-2011-015062-O | ORANGE | P-RODRIGUEZ | No | Yes |
| 5/16/2013 | KATHRYN DAGLEISH | WALGREENS | DEFENSE | 16-2010-CA-0176 | DUVAL | CIVIL | Yes | No |
| 5/15/2013 | STATE OF FLORIDA | ELMER BANNER | DEFENSE | 2012-CF-2280-A-O | ORANGE | | Yes | No |
| 5/6/2013 | STATE OF FLORIDA | MICHELLE RUIZ-TORRES | DEFENSE | 48-2012-CF-9549-A | ORANGE | | Yes | No |
| 5/3/2013 | STATE OF FLORIDA | IAN ROUSE | DEFENSE | 2011-CF-14627-A-O | ORANGE | DAVIS | No | Yes |
| 5/1/2013 | JERMAN WHEELER | MAGICAL MIDWAY | PLAINTIFF | 6:12-cv-583-Orl-376J | FEDERAL | CIVIL | Yes | No |
| 4/30/2013 | STATE OF FLORIDA | JASON RODRIGUEZ | DEFENSE | 09-CF-16358-A-OR | ORANGE | PERRY | No | Yes |
| 4/29/2013 | STATE OF FLORIDA | ANDREW PRESTON | DEFENSE | 96CF013932AOR | ORANGE | MYERS | No | Yes |
| 4/26/2013 | STATE OF FLORIDA | DAVID PENNEY | DEFENSE | 49-2011-CF-4379 | OSCEOLA | MORGAN | No | Yes |
| 4/26/2013 | STATE OF FLORIDA | RAMON SENGER | DEFENSE | 2011-CF-10471-A-O | ORANGE | SCHREIBER | No | Yes |
| 4/26/2013 | STATE OF FLORIDA | JEREMIAH WIGGINS | PLAINTIFF | 2012-MM-6077-0 | ORANGE | TYNAN | No | Yes |
| 4/24/2013 | STATE OF FLORIDA | SHANE FRENCH | JUDGE | 08-2735;09-5600;10-5 | SEMINOLE | GALLUZZO | No | Yes |
| 4/24/2013 | STATE OF FLORIDA | ANGELO MERRITT | DEFENSE | 48-2012-CF-013131- | ORANGE | | Yes | No |
| 4/23/2013 | IN THE INTEREST OF: | JAMAL MALIK MERRITT | DEFENSE | 11-CJ-4744 | ORANGE | WHITEHEAD | No | Yes |
| 4/23/2013 | STATE OF FLORIDA | JOSEPH JORDAN | DEFENSE | 09-02872-CFAWS | VOLUSIA | HUTCHESON | No | Yes |
| 4/19/2013 | TANGELA DIXON | BIG LEAGUE PROPERTIES, | DEFENSE | 11-00383-CA-25 | CIVIL | | Yes | No |
| 3/28/2013 | STATE OF FLORIDA | JOSHUA JOSEPH AARON L | DEFENSE | 12-CF-4844-A-OR | ORANGE | MYERS | No | Yes |
| 3/27/2013 | IN THE INTEREST OF: | RENEE FRANCOIS | DCF ATTNY | B10-0150-DP | SEM/DCF | ALLEY | No | Yes |
| 3/18/2013 | STATE OF FLORIDA | ROBERTO RAMON | DEFENSE | 11-CF-011173-A-OR | ORANGE | MURPHY | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 3/15/2013 | STATE OF FLORIDA | CANDI LYNN MARTIN | DEFENSE | 11-CF-2461-A-OS | OSCEOLA | BLECHMAN | No | Yes |
| 3/15/2013 | STATE OF FLORIDA | JACOB RICHARDS | PLAINTIFF | 2006-355519-CFAES | VOLUSIA | HUTCHESON | No | Yes |
| 3/14/2013 | STATE OF FLORIDA | JULIAN THOMPSON | DEFENSE | 12-CF-2597-A-OR | ORANGE | MURPHY | No | Yes |
| 2/26/2013 | STATE OF FLORIDA | MARGARET HARDING | DEFENSE | 05-2012-CF-21454-A | BREVARD | ROBERTS | No | Yes |
| 2/25/2013 | STATE OF FLORIDA | DERRICK JONES | COURT | 11-CF-0555-O | ORANGE | MYERS | No | Yes |
| 2/18/2013 | UNITED STATES | DOUGLAS WAYNE BARTLE | DEFENSE | 6:12-c-260-Orl-18GJ | FEDERAL | KENDALL | No | Yes |
| 2/13/2013 | STATE OF FLORIDA | PAUL BARON | DEFENSE | 48-2012-CF-3742-A | ORANGE | SCHREIBER | No | Yes |
| 2/8/2013 | FLECHA, ANGELICA | AVALON/CONTINENTAL GR | DEFENSE | 2008-CA-009095-O | CIVIL | DOHERTY | No | Yes |
| 2/8/2013 | STATE OF FLORIDA | MICHAEL LIZZI | DEFENSE | 09-CF-017438-O | ORANGE | THORPE | No | Yes |
| 2/4/2013 | STATE OF FLORIDA | MICHAEL A. SANCHEZ | DEFENSE | 2011-CF-23784 | BREVARD | WOHN | No | Yes |
| 1/31/2013 | STATE OF FLORIDA | TODD ZOMMER | PLAINTIFF | 49-2005-CR-001200 | OSCEOLA | MORGAN | No | Yes |
| 1/28/2013 | STATE OF FLORIDA | BRIAN MCADAMS | PLAINTIFF | 48-2011-CF-001818- | ORANGE | WOOTEN | No | Yes |
| 1/25/2013 | STATE OF FLORIDA | NICHOLE CLARK | DEFENSE | 09-CF-9249-A-OR | ORANGE | OKANE | No | Yes |
| 1/7/2013 | STATE OF FLORIDA | JASON CARPENTER | DEFENSE | 48-2012-226-CFAWS | VOLUSIA | HUDSON | No | Yes |
| 12/12/2012 | STATE OF FLORIDA | ANTHONY RAO | DEFENSE | 2012-CF-5808-A-O | ORANGE | LEBLANC | No | Yes |
| 12/11/2012 | BRIAN MCGANN | STATE FARM | PLAINTIFF | 11-CA-783-AN | OSCEOLA | CIVIL | Yes | No |
| 12/10/2012 | STATE OF FLORIDA | BRANDON CASHEN | PLAINTIFF | 10-CF-5654 | POLK | COMBEE | Yes | No |
| 12/7/2012 | STATE OF FLORIDA | WILLIAM BOHALL | DEFENSE | 12-CF-7497-A-OR | ORANGE | WOOTEN | No | Yes |
| 12/3/2012 | STATE OF FLORIDA | GLORIA ANN BEAL | DEFENSE | 11-CF-015804-A0OR | ORANGE | DAVIS | No | Yes |
| 11/28/2012 | STATE OF FLORIDA | ALBERTO JOSE TABOAS | DEFENSE | 48-2009-CF-013620- | ORANGE | APTE | No | Yes |
| 11/26/2012 | STATE OF FLORIDA | VICTOR LIZZI | DEFENSE | 11-MM-6197-A-OR | ORANGE | THORPE | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 11/26/2012 | STATE OF FLORIDA | WALTER SZCZESNY | DEFENSE | 2012-CF-001967-A-O | ORANGE | RODRIGUEZ | No | Yes |
| 11/19/2012 | STATE OF FLORIDA | COREY JACKSON | DEFENSE | 10-CF-016062-A-OR | ORANGE | THORPE | No | Yes |
| 11/8/2012 | STATE OF FLORIDA | CARL NEWSOME | DEFENSE | 49-2012-CF-115 | OSCEOLA | MORGAN | No | Yes |
| 11/6/2012 | STATE OF FLORIDA | MARLON SCOTT | PLAINTIFF | 11-CF-5522 | ORANGE | DAVIS | No | Yes |
| 11/5/2012 | STATE OF FLORIDA | KENNETH HOCHSTEIN | DEFENSE | 48-2011-CF-014732 | ORANGE | LUBET | No | Yes |
| 10/18/2012 | STATE OF FLORIDA | KEVIN SATTERFIELD | PLAINTIFF | 12-CF-1662-A-OS | OSCEOLA | POLODNA | No | Yes |
| 10/16/2012 | OM CHAND | SARAS CHAND | DEFENSE | 2008-DR-4356 | ORANGE | | Yes | No |
| 10/4/2012 | IN THE INTEREST OF: | DAVID THOMAS | DEFENSE | 11-CJ-3048 | ORANGE | RODRIGUEZ | No | Yes |
| 10/1/2012 | STATE OF FLORIDA | DOUGLAS WERK | DEFENSE | 2011-CF-686 | OSCEOLA | POLODNA | No | Yes |
| 9/26/2012 | STATE OF FLORIDA | JOHN HOLLAND, II | PLAINTIFF | 06-32143; 06-32127- | VOLUSIA | | Yes | No |
| 9/25/2012 | STATE OF FLORIDA | LEVINE JORDAN | DEFENSE | 11-CF-733-A-OR | ORANGE | RODRIGUEZ | No | Yes |
| 9/25/2012 | STATE OF FLORIDA | DAVID WAYNE NELSON | DEFENSE | 2011-CF-1584-A-O | ORANGE | SCHREIBER | No | Yes |
| 9/14/2012 | IN THE INTEREST OF: | ANGELA I. RIVERA | DEFENSE | DP09-34 | OSCEOLA | DAWSON | No | Yes |
| 9/4/2012 | STATE OF FLORIDA | JEREMIAH MCINTOSH | PLAINTIFF | 12-CJ-41-A-OS | OSCEOLA | MEYERS | No | Yes |
| 8/30/2012 | STATE OF FLORIDA | FERNANDITO CARPIO | PLAINTIFF | 48-2010-CF-9562 (99 | ORANGE | OKANE | No | Yes |
| 8/23/2012 | STATE OF FLORIDA | ERNESTO PEREZ | DEFENSE | 53-2010-7477 | POLK | WRIGHT | No | Yes |
| 8/22/2012 | STATE OF FLORIDA | CEDILIEN FORESTAL | DEFENSE | 10-CF-018013-A-OR | ORANGE | RODRIGUEZ | No | Yes |
| 8/21/2012 | STATE OF FLORIDA | ANGELO TORRES | DEFENSE | 2009-CF-004818-A-O | ORANGE | ROCHE | No | Yes |
| 8/16/2012 | STATE OF FLORIDA | MARQUIS DEVONTE ASHLE | DEFENSE | 11-CF-007851-A-OR | ORANGE | THORPE | No | Yes |
| 8/16/2012 | STATE OF FLORIDA | JESSE DAVIS | DEFENSE | 12-CF-006329-A-OR | ORANGE | APTE | No | Yes |
| 8/9/2012 | STATE OF FLORIDA | GINO STANLEY | DEFENSE | 11-CF-011423-A-OR | ORANGE | MURPHY | No | Yes |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|------|-----------|-----------|----------|-------------|--------|-------|------|------|
| 8/7/2012 | STATE OF FLORIDA | WILLIAM DAVIS | DEFENSE | 59-2009-CF-005140 | SEMINOLE | GALLUZZO | No | Yes |
| 7/25/2012 | STATE OF FLORIDA | CHRISTOPHER LEBRON | DEFENSE | 12-CF-000620-A-OR | ORANGE | OKANE | No | Yes |
| 7/10/2012 | STATE OF FLORIDA | JESSE BRANDON DAVIS | DEFENSE | 12-CF-6329-A-OR | ORANGE | APTE | No | Yes |
| 7/3/2012 | STATE OF FLORIDA | JESSE BRANDON DAVIS | DEFENSE | 12-CF-6329-O-A | ORANGE | APTE | Yes | No |
| 6/28/2012 | STATE OF FLORIDA | MICHAEL GREGO | DEFENSE | 48-2011-CF-009141- | ORANGE | O'KANE | No | Yes |
| 6/20/2012 | THEODORE LATIMER | KRISTINA LATIMER | PLAINTIFF | 2010-DR-010315-O | ORANGE | HIGBEE | No | Yes |
| 6/15/2012 | STATE OF FLORIDA | PEDRO CABOT CARTEGNA | DEFENSE | 09-CF-004337-A-OR | ORANGE | OKANE | No | Yes |
| 6/13/2012 | STATE OF FLORIDA | ABRAHAM OLIVER | DEFENSE | 11-CF-01562-A-OR | ORANGE | RODRIGUEZ | No | Yes |
| 5/30/2012 | STATE OF FLORIDA | SAUL MARTINEZ | DEFENSE | 11-CT-310 | OSCEOLA | JANCEWICZ | No | Yes |
| 5/25/2012 | UNITED STATES | JAMES HALL | DEFENSE | 6:11CR-372-ORL-28K | FEDERAL | ANTOON | No | Yes |
| 5/24/2012 | STATE OF FLORIDA | TREVIS SHERWOOD | PLAINTIFF | 2007-CF-016597-O/B | ORANGE | ROACHE | No | Yes |
| 5/8/2012 | ESTATE FO GARY TOR | DR. HERNANDEZ, et al | DEFENSE | 06-CA-11146-37 | ORANGE | MIHOK | No | Yes |
| 4/26/2012 | STATE OF FLORIDA | JAMES DANIEL TURNER | PLAINTIFF | 05-1954-CF | ST JOHNS | BERGER | No | Yes |
| 4/24/2012 | STATE OF FLORIDA | WARREN HENDERSON | DEFENSE | 11-CF-007769-A-O | ORANGE | THORPE | No | Yes |
| 4/23/2012 | ROBERT DOVE | RENATA DOVE | DEFENSE | 2010-DR-004186-06D | SEMINOLE | | Yes | No |
| 4/18/2012 | STATE OF FLORIDA | CARLTON PEAK | ATTNY | 07-5824-CFA | SEMINOLE | GALUZZO | No | Yes |
| 4/17/2012 | STATE OF FLORIDA | REGINALD VINSON | DEFENSE | 2010-CF-016710-A-O | ORANGE | MURPHY | No | Yes |
| 4/9/2012 | STATE OF FLORIDA | CANDI LYNN MARTIN | DEFENSE | | OSCEOLA | POLODNA | No | Yes |
| 4/3/2012 | STATE OF FLORIDA | JOHN O'NEIL | CCCRC | 59-2011-CF-001492 | SEMINOLE | LESTER | No | Yes |
| 4/2/2012 | UNITED STATES OF AM | EVELYN LOPEZ | PLAINTIFF | 6:11-cr-76-Orl-37DAB | FEDERAL | DALTON | No | Yes |
| 3/27/2012 | FLORIDA BAR | RYAN HOBBY | DEFENSE | SC11-2223 | SUPREME | | Yes | No |

| DATE | PLAINTIFF | DEFENDANT | RETAINED | CASE NUMBER | COUNTY | JUDGE | DEPO | TEST |
|---|---|---|---|---|---|---|---|---|
| 3/27/2012 | NAOMI DURAN-CORNEL | BELK, INC | PLAINTIFF | 10-CA-4390 | LAKE | CIVIL | Yes | No |
| 3/23/2012 | STATE OF FLORIDA | CLEMENTE AGUIRRE-JARQ | PLAINTIFF | 04-2491-CFA | SEMINOLE | RECKSIEDLER | No | Yes |
| 3/21/2012 | STATE OF FLORIDA | JOHN ONEIL | DEFENSE | 59-2011-CF-001492- | SEMINOLE | LESTER | No | Yes |
| 3/1/2012 | STATE OF FLORIDA | CARMELO PLUMEY | PLAINTIFF | 49-2011-CF-000412 | OSCEOLA | POLODNA | No | Yes |
| 2/29/2012 | STATE OF FLORIDA | JESUS PAGAN | DEFENSE | 2011-34657-CFAES | VOLUSIA | WALSH | No | Yes |
| 2/9/2012 | STATE OF FLORIDA | FISHER, RICHARD J. | DEFENSE | 11-CF-9734-A-OR | ORANGE | MURPHY | No | Yes |
| 1/20/2012 | STATE OF FLORIDA | PATRICK MACCHIONE | DEFENSE | 2009-CF-14803-O | ORANGE | MURPHY | No | Yes |
| 1/18/2012 | STATE OF FLORIDA | JAMES SAMUEL THOMAS | DEFENSE | 11-CF-001700-A-OR | ORANGE | MURPHY | No | Yes |
| 1/11/2012 | STATE OF FLORIDA | JASON RODRIGUEZ | DEFENSE | 09-CF-016358-A-O | ORANGE | BELVIN PERRY | No | Yes |
| 12/8/2011 | STATE OF FLORIDA | RAY JACKSON | PLAINTIFF | 2005-32950 CFAES | VOLUSIA | HUTCHESON | No | Yes |
| 12/2/2011 | STATE OF FLORIDA | ARTHUR EDWARD BLACK | DEFENSE | 11-MM-008727-A-OR | ORANGE | BELL | No | Yes |
| 11/30/2011 | STATE OF FLORIDA | LOUIS A. MERCADO | DEFENSE | 2008-CF-11641 | ORANGE | DAVIS | No | Yes |
| 10/27/2011 | UNITED STATES OF AM | ABUL HOSSAIN | DEFENSE | | FEDERAL | GHARLEY | No | Yes |
| 10/25/2011 | STATE OF FLORIDA | JASON ARTHUR CARRION | DEFENSE | 49-2010-CT-005694 | OSCEOLA | | Yes | No |
| 10/20/2011 | STATE OF FLORIDA | DURRELL DEVON WILLIAM | DEFENSE | 11-1195-CFA | SEMINOLE | NELSON | No | Yes |
| 10/13/2011 | DEPT OF CHILDREN & F | RENE FRANCOIS | KLOSS, DCF | B10-0150-DP | SEMINOLE | LESTER | No | Yes |
| 9/23/2011 | STATE OF FLORIDA | MARK ANTHONY MCCARTN | PLAITIFF | 07-CF-2028 | OSCEOLA | MORGAN | No | Yes |
| 9/14/2011 | STATE OF FLORIDA | ANTHONY MIXON | PLAINTIFF | 48-2004-CF-012813- | ORANGE | BLACKWELL | No | Yes |
| 9/13/2011 | STATE OF FLORIDA | JOHN LEE MOORE | DEFENSE | 59-2008-CF-004826- | SEMINOLE | MCINTOSH | No | Yes |
| 9/7/2011 | STATE OF FLORIDA | JONATHAN HARPER | PLAINTIFF | 48-2008-CF-018678 | ORANGE | WALLIS | No | Yes |
| 9/2/2011 | STATE OF FLORIDA | ZACHARY SNYDER | PLAINTIFF | 2009-CF-004812-A | ORANGE | | Yes | No |

# PSYCHIATRIC AFFILIATES, P.A.

2300 MAITLAND CENTER PARKWAY, SUITE 211
MAITLAND, FLORIDA 32751

(407) 679-6400   FAX (407) 679-7988

JEFFREY A. DANZIGER, M.D.
*Diplomate, American Board of Psychiatry and Neurology*
*Forensic, Geriatric and Addiction Psychiatry*

SUSAN M. SKOLLY-DANZIGER, PHARM.D., MS
*Diplomate, American Board of Applied Toxicology*
*Forensic Toxicology*

April 16, 2015

## FORENSIC RATES:

**Legal Services:**          $600.00 per hour:
- Interview of Client
- Record Review
- Meetings
- Phone Conferences
- Depositions (2 hour minimum prepay) *
- Courtroom Testimony; (Portal to Portal – 4 hour prepayment)*

**Civil Services:**          $3,000.00 initial non-refundable retainer
$600.00 per hour:
- Interview of Client
- Record Review
- Meetings
- Phone Conferences
- Depositions (4 hour minimum prepay)*
- Courtroom Testimony; (Portal to Portal – 4 hour prepayment)*

**Daily Rate:**          $5,000.00
$1,000.00 No-show fee (if less than 24 hours notice.)

**Basic Psych Evaluation**          $900.00  (Interview & report – IN OFFICE)
**(Criminal Cases)**          $1,000.00  (Interview & report – IN LOCAL JAIL)

**Psychosexual Evaluation**          $2,500.00 (Interview, report & testing) – 5 hours in the office.

**DUI Evaluations**          $900.00  (Interview & report)

**Fitness for Duty**          $900.00  (Interview & report)

**IME**          $1,500.00 Pre-pay, and additional $600 per hour for record review.
$750.00 No-Show fee (if less than 24 hours notice.)

**Guardianship**          $900.00 Minimum

*50% refund for cancellations with less than 72 hours notice/ no refund for cancellations with less than 24 hours notice.