```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION

          Case No. 15-14431-CIV-GRAHAM/LYNCH
```

NICOLE PATSALIDES,

    Plaintiff,

vs.

CITY OF FORT PIERCE,

    Defendant.
_____/

**Plaintiff's Unopposed Motion for Clarification,
and Motion for Extension to File a Motion to Strike
or a <u>Daubert</u> Motion re Defendant's Expert**

THIS MATTER is before the court upon Plaintiff's Unopposed Motion for Clarification, and Motion for Extension to File a Motion to Strike or a <u>Daubert</u> Motion re Defendant's Expert. [DE \_\_] The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion.  It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. Defendant shall disclose Dr. Danzinger's report by October 3.

\*\*\*

This space is intentionally left blank.

\*\*\*

1

Plaintiff shall have until October 14 to depose Dr. Danzinger.

Plaintiff shall have until October 28 to provide a rebuttal to Dr. Danzinger's report.

    DONE AND ORDERED in Chambers at Miami, Florida, on this \_\_\_\_ day of August, 2016.

 

                                           DONALD L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE

cc: Counsel of Record