UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No: 15-14431-CIV-GRAHAM/LYNCH

NICOLE PATSALIDES,

    Plaintiff,

vs.

CITY OF FORT PIERCE,

    Defendant.
_____/

## DECLARATION OF CALEB GILLETTE

STATE OF FLORIDA

COUNTY OF ST. LUCIE

    I, **CALEB GILLETTE**, Declarant, hereby state the following:

    1. I am over the age of 21 years, a resident of the State of Florida, not a party to the above-referenced litigation, am competent to testify and have personal knowledge of the facts set forth herein.

    2. I was employed by the City of Fort Pierce Police Department in 2001. My responsibilities as a supervisor during my tenure with Fort Pierce Police Department have included Internal Affairs Division, Accreditation Unit, Crime Analysis Unit, Recruiting Unit and Training Unit. From 2009 through 2015, I was assigned to the Professional Standards Division. I am currently a Lieutenant assigned to the Community Policing Bureau's Patrol Division.

3. In 2014, I was directed by Chief R. Sean Baldwin to conduct an Administrative Investigation regarding allegations made by Officer Nicole Patsalides that Officer Fred Pate may have violated City Rules and Regulations and Department Policy and Procedure. That Administrative Investigation was assigned internal investigation number 2013-INT-132.

4. The Investigative Report from 2013-INT-132, Exhibit 14 (Bates 1441- 1497) to the June 30, 2016 deposition of Nicole Patsalides, is a true, authentic, complete and accurate copy of my report. This Investigative Report is one that is routinely generated and maintained in the regularly conducted business of the Fort Pierce Police Department.

5. The recordings of my interviews of Officer Nicole Patsalides on October 22, 2013 and March 6, 2014, during Administrative Investigation 2013-INT-132, are true, authentic, complete and accurate copies of these recorded interviews. These recorded interviews are also routinely generated and maintained in the regularly conducted business of the Fort Pierce Police Department.

6. The Memorandum dated April 23, 2014 regarding Administrative Investigation Case 2014-INT-039, 2014-INT-040 and 2014-INT-041 (Exhibit 19 to the June 30, 2016 deposition of Nicole Patsalides) and the Counseling Action Notice signed by Nicole Patsalides on April 24, 2014 (Exhibit 20 to the June 30, 2016 deposition of Nicole Patsalides), are true, authentic, complete and accurate copies of these documents. These documents are routinely generated and maintained in the regularly conducted business of the Fort Pierce Police Department.

7. The three officers involved in the Administrative Investigation discussed in Paragraph 6 above were Nicole Patsalides, Officer Jean Sena - a male who never complained of or participated in an investigation of sexual harassment - and Officer Garland Heath - a male who never complained of or participated in an investigation of sexual harassment. All three of these officers received exactly the same counseling. Counseling is a non-disciplinary action.

8. The Employee Notification of Administrative Investigation to Officer Fred Pate on October 22, 2013 (Exhibit 13 to the June 30, 2016 deposition of Nicole Patsalides, Bates 1541-1542) is a true, authentic, complete and accurate copy of this Notification. This document is routinely generated and maintained in the regularly conducted business of the Fort Pierce Police Department.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

Signed this 23rd day of September, 2016.

_____
CALEB GILLETTE