# Attachment 7

```
                                                           1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                 (Fort Pierce Division)

 3           CASE NO:  15-CIV-14431-DLG

 4   NICOLE PATSALIDES,

 5        Plaintiff,

 6   vs.

 7   CITY OF FORT PIERCE,

 8        Defendant.
     _____/
 9

10

11

12                          Veritext - Vero Beach (Regus)
                            601 21st Street, Suite 300
13                          Vero Beach, Florida 32960
                            Friday - August 19, 2016
14                          11:19 a.m. - 4:49 p.m.

15

16

17
            DEPOSITION OF LIEUTENANT CALEB GILLETTE
18

19

20

21        Taken before Zuleika Berger, a Florida

22   Professional Reporter and Notary Public for the State

23   of Florida at Large, pursuant to Notice of Taking

24   Deposition filed in the above cause.

25
```

15

```
 1    the document entitled 1669 Patsalides.  He disputed the
 2    sentence, "Coworkers of Thomas observed this contact,"
 3    and I forget what the -- what the rationale was or what
 4    the understanding is, but I -- I believe I amended it
 5    to say -- I struck through the letter "S" so that it
 6    was singular, based on my memory, so that it would
 7    read, "A coworker of Thomas observed this contact," and
 8    that's my signature.
 9         Q.    So he did not dispute that he with his
10    right hand reached around the front of Thomas and put
11    his hand inside her Polo shirt and touched her bra
12    strap/chest area?
13         A.    No, he did not.
14         Q.    Was there any conversation with Mr. Pate at
15    the time that he signed Exhibit Number 1 -- Do you
16    recognize on Exhibit Number 1 his signature?
17         A.    Yes, I do.
18         Q.    And that's on the second page of Exhibit
19    Number 1; correct?
20         A.    Yes, ma'am.
21         Q.    Do you recall any conversations with him
22    around the time that he signed Exhibit Number 1 or
23    before then of him stating that he was not admitting to
24    any facts and that he was simply signing the document,
25    Exhibit Number 1, to get on with it?
```

[8/19/2016 11:19 AM] Gillette, Lt. Caleb - 160819

24

1  located in the professional standards division.
2       Q.   So as of 2014 there were physical
3  documents, for example, regarding the first item in the
4  chart back from 1997?
5       A.   So with the State of Florida Record
6  Retention laws, there's only so many years that you're
7  required to maintain files regarding administrative
8  investigations, just like any other paper document in
9  the police department.  So while there may be, let's
10 say, like in the first line dated June 7th 2007, case
11 number unknown, allegation; offensive remark, findings
12 sustained, corrective action; warning.  All there may
13 have been is a ledger, a handwritten ledger that stated
14 that with no other supporting documentation available,
15 but if -- if an employee receives a disciplinary
16 action, which would be a warning or above, then that
17 should be a copy that should be there in their employee
18 file, personnel file, and I would've been able to
19 gather that, that evidence but...
20      Q.   And you were able to gather evidence for
21 the instances that are listed in the chart that were
22 specifically for inappropriate conduct with females;
23 correct?
24      A.   I don't remember what I -- what I collected
25 other than creating this chart.

135

1          CERTIFICATE OF OATH

2

3   STATE OF FLORIDA

4   COUNTY OF DADE

5

6           I, the undersigned authority, certify that

7   LIEUTENANT CALEB GILLETTE, personally appeared before

8   me and was duly sworn.

9

10          Witness my hand and official seal this 19th

11  day of August, 2016.

12

13

14

15
                     <%Signature%>
16              _____
                ZULEIKA BERGER, FPR
17              Notary Public - State of Florida
                My Commission #FF 143616
18              Expires:  November 21, 2018

19

20

21

22

23

24

25

136

1        REPORTER'S DEPOSITION CERTIFICATE

2

3   STATE OF FLORIDA

4   COUNTY OF DADE

5

6        I, ZULEIKA BERGER, a Florida Professional

7   Reporter and Notary Public, certify that I was

8   authorized to and did stenographically report the

9   deposition of LIEUTENANT CALEB GILLETTE; that a review

10  of the transcript was requested; and that the

11  transcript is a true and complete record of my

12  stenographic notes.

13

14       I further certify that I am not a relative,

15  employee, attorney, or counsel of any of the parties,

16  parties' attorney, or counsel connected with the

17  action, nor am I financially interested in the action.

18

19       DATED this 26th day of September, 2016.

20

21

22

23              <%Signature%>
         _____
24              ZULEIKA BERGER, FPR

25

# MEMORANDUM

## Office of Professional Standards
### FORT PIERCE POLICE DEPARTMENT

**TO:** Officer Fred Pate

**FROM:** Lieutenant Caleb Gillette

**SUBJECT:** Request for Expedited Disposition of an Administrative Complaint (REDAC)

**DATE:** September 11, 2012

**2012-EXT-028**

---

The Office of Professional Standards received the attached copy of an Administrative Complaint filed against you. The complaint and your disciplinary history were reviewed by the Chief of Police. Based upon this review, the Chief of Police has proffered the following *disciplinary* action: *Warning*. The "Proffer" is accepted with the following understanding:

1. The employee does not dispute the pertinent facts of the allegation(s) of employee misconduct.

2. The employee accepts accountability of their actions and will not file a grievance at any time regarding the "finding" or disciplinary action taken.

3. The employee accepts the Proffered Disciplinary or Non-Disciplinary Action.

4. If accepted, the employee understands that the administrative complaint will be classified as *sustained* for a violation of *City Rules and Regulations 10.05 Code of Conduct, Group III Offenses, 27: Unlawful or improper conduct either on or off the job, which would tend to affect the employee's relationship to his/her job, his/her fellow workers, his/her reputation or goodwill in the community*, and no further investigation will take place.

5. If the employee rejects the Proffered Disciplinary or Non-Disciplinary action, the complaint will be assigned to the Office of Professional Standards or the employee's supervisor to be investigated. If the investigation is "sustained", the discipline imposed could be more or less than the original proffer by the Chief of Police.



PLAINTIFF'S EXHIBIT
8/11/16

2613 PATSALIDES

6. If accepted, the employee still has the right to file a response to the allegation(s) in the complaint. The response will be placed with the complaint in the Office of Professional Standards Case file.
7. The employee has received a copy of the Law Enforcement Bill of Rights and Garrity Warning and has signed acknowledging receipt and understanding
8. The employee acknowledges that if the pertinent facts of the complaint allegation(s) are false, the employee should reject the REDAC.
9. The employee *is eligible* to participate in the Corrective Diversion process for this complaint.

___✓___ I accept this REDAC and Proffer
_____ I reject this REDAC and Proffer

Employee Signature: _____ ID# 4609 Date: 09/12/12

Employee Representative Signature: _____ Date: _____

OPS Signature: LT. GILLETT _____ ID# 8080 Date: 12 SEPT 2012

2614 PATSALIDES

FCN 445
Rev. 02/09



PLAINTIFF'S EXHIBIT 2 6/14/16

## St. Lucie County Sheriff's Office
### Statement Form

Pg 1 of 2

Please fill out in full

| Date of Statement: 6/12/12 | Time: 12:57 | Case #: 1-12-6372 |

Code: ✓   Code Definitions: V= Victim  S= Suspect  W= Witness  C= Complainant  O= Other

Name (Last, First, Middle): Thomas, Natasha Sue    Race: W   Sex: F

Address (Res.): [redacted]

Address (Bus.): 15305 Co. Midway Rd. Ft. Pierce, FL   Phone: 772-465-5770

D.L. #: [redacted]   State: FL   Other ID (Specify # & Type):

I, Natasha Thomas, do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

(Narrative): On Tuesday, June 5th 2012 Officer Fred Pate came into the 911 communications center. I turned to face my desk at position 19 Port St. Lucie records. When Fred walked to my area he approached a co-worker Annessa Tompkins, I heard Annessa ask Fred how his day was going & he responded with "It's about to get a little better." Within a few seconds Fred was standing to the left behind my chair & reached his right hand into the front left hand side of my shirt & bra. I pulled back & started pulling his hand out & said "hey, hey, hey". Fred then asked me what was wrong & I told him I just wanted to go home. He then asked me if he could go with me & I responded "no", he then rubbed the side of my face & say "come on baby let's go". I once again responded "no". He then turned & left the area & walked over to the fire department side. I reported the incident to my supervisor Pat Dike of the incident, who let me know she would have to tell operations manager Amy Boger. When Fred came back into the center I was relieved from my position & taken into a training room across the hall with operations manager

Sworn To and Subscribed Before Me, This 12 Day of June, 20 12

Det. [signature] #408

Law Enforcement ☑   Notary Public ☐   Personally Known ☐

Produced Identification ☐   Type: FL DL

Under penalties of perjury, I declare that I have read the forgoing document and the facts stated in it are true.

Signature: Natasha Thomas

2644 PATSALIDES

FCN 445
Rev. 02/09

Pg. 2 of 2

# St. Lucie County Sheriff's Office
## Statement Form

Please fill out in full

| Date of Statement: 6/12/12 | Time: 12:57 | Case #: 1-12-4372 |

Code: ✓   Code Definitions: V= Victim  S= Suspect  W= Witness  C= Complainant  O= Other

Name (Last, First, Middle): Thomas, Natasha Sue    Race: W    Sex: F

Address (Res.):    Zip:    Phone:

Address (Bus.):    Zip:    Phone:

D.L. #:    State:    Other ID (Specify # & Type):

I, Natasha Thomas, do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

(Narrative): Boger where I reported the incident to her. A little after 15:00 Fred came back into the center & D.M. Boger immediately came over & stood between Fred & myself. He began poking me in the back of the head & Amy told him I was busy he responded with "I know" and poked me a few more times & then exited the center. A written complaint was written & turned into Tiffany Bennett. I know Fred Pate from the 911 center & a dinner that was held outside of work with other fellow employees.

Sworn To and Subscribed Before Me, This 12 Day of June, 2012

Law Enforcement ☐   Notary Public ☐   Personally Known ☐
Produced Identification ☑ Type: FL DL

Under penalties of perjury, I declare that I have read the forgoing document and the facts stated in it are true.

Signature: Natasha Thomas

2645 PATSALIDES

**PLAINTIFF'S EXHIBIT**
3
8|11|16

# Disciplinary Action Notice

**Employee:** Fred Pate          **Position:** Police Officer       **Employee #:** 4609
**Bureau:** NPB                  **Division:** Traffic              **Shift:** Rotation A

**Type of Discipline:** Warning

**Date of Violation:** June 5, 2012

**Statement of Violation:** Pursuant to Administrative Investigation 2012-EXT-028, it has been determined that on June 5, 2012, while attending department training at the SLC Emergency Operations Center, you made inappropriate physical contact with a female 911 Dispatcher. This action negatively impacts the relationship between the Fort Pierce Police Department and the SLC 911 Emergency Operations Center.

You are directed not to visit the SLC 911 Emergency Operations Center (Dispatch Division) either on or off duty unless you receive prior permission from the Chief of Police, or his designee.

You have been found by a preponderance of the evidence to have violated the following City Rules and Regulations and/or Department Policy and Procedures:

**City Rules and Regulations #:** *10.05 Code of Conduct, Group III Offenses, Section 27*
Unlawful or improper conduct either on or off the job, which would tend to affect the employee's relationship to his/ her job, his/her/ fellow workers, his/her reputation or goodwill in the community.

This Disciplinary Action Notice serves as notice that you are required to follow this policy in the future. This is disciplinary action that may be used as supporting documentation for progressive disciplinary action that may be taken against you in the future.

LT. GILLETTE                                                07/13/2012
*Investigating / Initiating Supervisor*                     Date

2610 PATSALIDES

**Chain of Command Review and Approval**

N/A _____    ___/___/___    ☐ Agree  ☐ Disagree
*Next Level of Supervision*         Date

N/A _____    ___/___/___    ☐ Agree  ☐ Disagree
*Bureau Commander*                  Date

_____        9/17/12        ☑ Agree  ☐ Disagree
*Chief of Police*                   Date

My signature acknowledges receipt of this notice; however, it does not indicate an admission of guilt. I understand that I may have a right to appeal or grieve this disciplinary action, within certain specified time limits, as provided by City Personnel Rules and Regulations, Section 24 or any applicable collective bargaining agreement.

_____        09/27/12       ☑ I agree with this action.
*Employee's Signature*              Date       ☐ I disagree with this action.

Employee's Statement (optional):

_____

_____        9/27/12
*Issuing Supervisor*                Date

Original: City Personnel File    Copies: 1) Employee  2) Department Personnel File  3) Professional Standards

2611 PATSALIDES